UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                              :
*In re:*                                      :   Chapter 11
                                              :
WASHINGTON MUTUAL, INC., et al.,              :   Case No. 08-12229 (MFW)
                                              :   (Jointly Administered)
                              Debtors.        :
                                              :
---------------------------------------------------------x
---------------------------------------------------------x
OFFICIAL COMMITTEE OF                         :
EQUITY SECURITY HOLDERS,                      :   Adv. Proc. No. 10-50731(MFW)
                                              :
Plaintiff,                                    :
                                              :   Filed on: Mar. 11, 2010
v.                                            :
WASHINGTON MUTUAL, INC.,                      :
                                              :
Defendant,                                    :
                                              :
---------------------------------------------------------x

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I am a member of Venable LLP. I am over eighteen years of age and competent to testify.

2. All statements in this declaration are based on my personal knowledge. If I were called upon to testify, I could and would testify to the facts set forth in my declaration.

3. Exhibit B attached to the Memorandum of Law is a true and correct copy of WMI's Bylaws which were filed in WMI's SEC Filing Form 10-Q (Aug. 11, 2008) and are available at:

http://www.sec.gov/Archives/edgar/data/933136/000104746908009146/a2187197zex-

3_2.htm.

4. Exhibit D attached to the Memorandum of Law is a true and correct copy of WMI's Notice of Annual Meeting of Shareholders filed in WMI's Schedule 14A (Mar. 14, 2008) and are available at:

http://www.sec.gov/Archives/edgar/data/933136/000095013408004817/v37377def14a.htm.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2010.

Jorian Rose