IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-12229 (MFW)<br>(Jointly Administered)<br><br>Adversary Proceeding No. 10-50731 |
| OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.,<br>Defendant, | |

**CERTIFICATION OF COUNSEL SEEKING ENTRY OF ORDER APPROVING STIPULATION TO EXTEND TIME FOR SUMMARY JUDGMENT BRIEFING AND OTHERWISE RESPONDING TO ADVERSARY COMPLAINT**

I, Neil R. Lapinski, Delaware special litigation and conflict counsel to Washington Mutual, Inc. (the "Defendant"), hereby certify the following:

1. On March 3, 2010, Plaintiff initiated the above-captioned adversary matter by filing a Complaint (Docket No. 1).

2. On March 11, 2010, Plaintiff filed in the same matter The Official Committee of Equity Security Holders' Motion for Summary Judgment, or In the Alternative, for Relief from the Automatic Stay (the "Motion for Summary Judgment") (Docket No. 3).

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).

3.     On March 30, 2010, the Plaintiff and the Defendant conferred and agreed upon extending the time to respond to the Motion for Summary Judgment and otherwise respond to the Complaint until April 7, 2010.

4.     Pursuant to this stipulation, the Defendant requests that the Court enter the Proposed Order, attached hereto as <u>Exhibit A</u>, approving the agreed extension of time described in this Certification of Counsel at its earliest convenience. Counsel is available at the request of the Court.

Dated: April 6, 2010  
Wilmington, Delaware

**ELLIOTT GREENLEAF**

　　　　*/s/ Neil R. Lapinski*　　　　　　  
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)  
Neil R. Lapinski (DE Bar No. 3645)  
Shelley A. Kinsella (DE Bar No. 4023)  
1105 North Market Street, Suite 1700  
Wilmington, Delaware 19801  
Telephone: (302) 384-9400  
Facsimile: (302) 384-9399  
E-mail: rxza@elliottgreenleaf.com  
E-mail: nrl@elliottgreenleaf.com  
E-mail: sak@elliottgreenleaf.com

-and-

QUINN EMANUEL URQUHART & SULLIVAN, LLP  
Peter E. Calamari  
Michael B. Carlinsky  
Susheel Kirpalani  
David Elsberg  
51 Madison Avenue  
New York, New York 10010  
Telephone: (212) 849-7000  
Facsimile: (212) 849-7100

*Counsel to Defendant Washington Mutual, Inc.*

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> WASHINGTON MUTUAL, INC., *et al.,*[1] <br><br> Debtors. | Chapter 11 <br> Case No. 08-12229 (MFW) <br> (Jointly Administered) <br><br> Adversary Proceeding No. 10-50731 |
| OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON MUTUAL, INC., <br> Defendant, | |

## ORDER

AND NOW, this ____ day of _____, 2010, upon consideration of the Certification of Counsel Seeking Entry of Order Approving Stipulation to Extend Time for Summary Judgment Briefing and Otherwise Responding to Adversary Complaint filed in this matter, it is hereby

ORDERED that the Defendant's time to respond to the Motion for Summary Judgment and otherwise respond to the Complaint is extended until April 7, 2010.

Dated: _____, 2010

_____
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).