# EXHIBIT A

Paul Rudoph Aaron; Carlos Briz Abaurre; Billy Abbas; Nadri Abbassi; Jens Abel; Angel J. Abrams; Dale Abrams; James E. Abrams; Ursula Abt; Reza Abtahi; Celal Acar; Daniel Acevedo; Dominic Acito; Charles Ackerson; Andreas Adam; Ralf Adam; Praveen Adini; Carlo Adler; Chase M. Adler; Joseph M. Adler; Lorie J. Adler; Dolder Adrian; Khalid Adrif; Emmanuel Agba; Marja Liisa Ahvonen; Andreas Aigmueller; Ian Timur Akisoglu; Alwis Albach; Jürgen Albeck; Daniel Alberto; Gerrit Alblas; Andreas Alexa; Jack Preston Alexander; Wambolt Alexander; Barbara Kay Alfred; Daniel Alho; Birgit Mrozek Allen; George Victor Allen; John W. Allen; Joseph Allen; Michael Allilomis; Sherri Allison; Bernd Allmendinger; James I. Allred; Jose Manuel Berzal Alonso; Niels Altmann; Frank S.Alvrez ,Jr; Gregory A. Aman; Bruce Du Amarell; Lawrence D. Amboy; Robin E Amboy; Markus Ameln; Ellsworth W. Amidon; Bjoern Ammann; Stephan Amoser; Srinivas Amuda; Zhi An; Chang Soon An & Jun Hee An; Hans Von Ancken; Bruce Keahi Anderson; Christopher Spencer Anderson; David K. Anderson; Robert A. Anderson; Joseph and Shelley Andraos; Riepl Andreas; Schönbach Andreas; Sowa Andreas; Stiller Andreas; Josef Andrewitz; James Ange; Milu Anil; Amber Dawn Annis; Ralph Antignano; Vella Antonino; Dimitri Antropov; María Aránzazu ; Christian Arbeiter; Kiranbala Ardeshna; Patrik Arens; Gabriela Arguilea; Christopher Arian, Trustee for The Henry & Marcelle Arian Family Trust; Richard and Kathy Arian; Richard Armstrong; Steve D. Armstrong; Detlef Arndt; Raymond Arndt; Oliver Arnold; Juan Vicente Vadell Arocha; Sampath Arre; David Arth; Marie Asaro; Thomas Aschauer; Dennis Asel; Michael Scott Ashby; Alda Aslanian; Francisco J. Estensoro Astigarraga; Karnik and Veena Aswani; Veena and Vishal Aswani; Mehmet Atak; Thomas E. Attaway, Sr.; William E. Augustine; Schubert Automobilhandelsges. mbH; Tobias Averbeck; Ron Avidan; Rami Ayari; Ayhan Aydin; Recay Aydin; Zennup Aysal; Abbey Azan; Can Azkan; Daniel Baal; Dmitry Babukh; Jesse I Baca; Alexander Bach; Juergen Bach; Birgit Bachem; Thomas Bachhuber; Dieter Backhaus; Andreas Badendiek; Bijan Badihian; Marko Baessler; Greg Baglin; Jörg Baierlein; Yohan Baillot; Larry A. and Paula J. Bailly; Zendeli Bajram; Casey J. Baker; Jeff I. And Patricia C. Baker; Joseph M. Baker; Mark J Baker; Robin

Bakir; Susana Balatoni; Dale S. Baldwin; Elizabeth E. Baldwin; Niki Balkow; Marlyn Ballain; Luther Ballou; Christiane Ballschuh; Marc Bamberg; Peter Bandl; Jeffrey A. Banker; Noemi Banki; Christy Bannister; Kevin Barakat; Aaron Barbee; Khudiram Barik; Gregory S. Barker; Gary Barlough; Linda Marie Barnhart; Robert Joseph Barnhart; Ronald L. Barr & Stacy K. Barr; Sofia and Lawrence Barr; Timothy Barr; Bruce M. Barrett; Loni Barrett; Pete Barrett; Ramiro Barron; Xochitl Barron; Thomas Barth; Uwe Bartholomaeus; Michael Stephen Bartsch; Mario Bartulovic; James J. Basista; Barbara Bast; Sascha Bastian; Eduardo Bastida; Richard W. Bates, DC.; Ulrich Bauer; Benjamin Bauert; Philipp Baumeister; Stefan Bäurle; Edward Ray Bay; Al Oleg Baymar; Robert M. Bazar; Gordon Beacon; John Beasley; Scheliga Beate; Wolfgang Beck; David Becken; Bernd Becker; Jens Friedrich Becker; Nicole Becker; Oliver Becker; Rachel Becker; Thomas Beckers; Timothy Michael Beecken; Thomas Beghin; Christian Behncke; Gerrit Beirow; Jane M. Belcher; Joseph J. Belcher, Jr.; Andy Belitz; Patricia Lou Bell; Nathan Bell; Andreas Belling; Miquel Font Bellot; Daniel Benchetrit; Stefan Bender; Zachary E Bender; David T. Benedict; Stephen H. Benedict; Josh Bennett; Richard E. Bennett; Ralf Benz; Jan Bera; Margit Bera; Stefan Berchtold; James A. Berg; Marco Bergemann; Dr. Andreas Berger; Patrick Berger; Garin Lyle Bergman; Peter Bergman; Thomas Bergmann; Peter Berthold; Patrick M. Berlin II; Raymond Bermudes; Steffenhagen Bernd; Dirk Berndt; Markus Berndt; Thomas Berndt; Torsten Berndt; Jonathan Berrisch; Ortwin Berrisch; Brian Berry; Randall D. Berry; Oliver Bertz; Roland Berwing; Raymond Beshro; Jennifer Besse; Carolyn J. Bessler; Robert Bethel and Jean Bethel J Ten; Jagadishwar Bethi; Judith Bettencourt and Louis D. Bettencourt; Andreas Beyer; Christian Beyer; Reimund Beyer; Thomas Beyer; Tushar Bhandari; Prashant Bhardwaj; Yoshi Bharel; Thirumalesh Bhat; Rajesh Bhojwani; Dr. Rainer Bielke; Rainer Bienewald; Ulfrid Bienewald; Michael Bier; Thomas Bier; Monika Bierente; Thomas Bierente; Sascha Bies; John Bigwood; Andres Binder; Martin Binder; David A. Bineham; Gabriele Binek-Schubler; Robert L. Biscardi; Sharon E. Biscardi; Andrew Biscardi, Jr.; Daniel Bischoff; Frank Bischoff; Anders Bjarnesson; Sean Blacklock; Joseph Blackman; Mark Lee Blackshear; Wade A.

Blaker; Siegried Blamauer; Joerg Blanke; Martin Blensenkemper; Ronald William Bless; Evelyn K. Blessing; Kay Blickhan; Sebastian Blumenstein; Michael Blundell; Rick L. Boardman; Michael T. Bocian; Patric Bock; Thomas Bodenburg; Klaus Boecki; Robert D. Boehm; Albert Boesen; Ewald Boesen; Sebastian Boesen; Ognjen Bogdanovic; Holas Bohumil; Denis Boivin; Simon Bojarski; Jana Bolam; Mathias Boll; Frank Bolle; Karl Bolte; Kim M. Bonaventure; Peter J. Bonaventure; Gabriel Aguilera Bonilla; David L. Bonner; Harald Bonnes; Andreas Bonrath; Richard Dietrich Bookout; Nicole Boone; Dr. Andreas Bootz; Josef Borgert; Stefan Borkowski; Raquel Bornacelli; Tore Bornholdt; Joseph R. Borrelli; Alexander Borries; Christian Borth; Dean A. Bosche; Gene A. Bosche; Laura Holland Bosley; Hilo Del Bosque; Bernd Boss; Wolfgang Bott; Gisela Böttger; Poli Bou; Jean-Pierre Boudreautt; Bryan Dwight Bourgeois; Corey Bovalina; Wells Bovard; Carmen Bovermann; Curtis and Arvey Bowes; Walter G. Bowes, Jr.; Brian M. Bowman; Michael L. Bowman; Andrew J. Boyd; Kenneth B Boyd; John Sidney Boyer Sr.; Charlotte Boyett; Norman Braas; Edward E. Bradford; Floyd Brady; Robert H. Bramel; Ulrike Brämer; Andreas Brand; Renate Brandt; Steve Brant; Benny Braun; Michael Bräunlich; Jason Breedlove; Matthias Brehm; Robert Breitsamer; Petar Brekalo; Roland Bremeyer; Oleg Brener; Axel V. Brevern; Ernest C. Bridge; Stephan Brieden; Daniel Briel; David Briggs; Generation Skipping Trust - David Briggs; Generation Skipping Trust - Jeremy Briggs; Generation Skipping Trust --Anne Briggs; John Briggs; John H. Briggs; Anne Briggs ; Julie R Briggs; John H Briggs IRA; David Briggs Trust; Jeremy Briggs Trust; Sinisa Brkljac; David Brock; Lawrence Brodin / Marghie Brodin; Dirk Broich; Victor Benjamin Brost, Jr.; Benjamin J. Broussard; Oleg Brovko; Craig T. Brown; William C. Brown & Lesley A. Brown; Frank Browning; Novo Brstina; Andreas Bruch; Claus-Dieter Bruch; Steven Henry Bruchhauser; Markus Brüggenthies; Peter Brüseke; Joshua Scott Bryant; Peter Bube; Petra Bubenik; Bernd Buchenberger; Herbert Buchholzer; Michael Buck; Tobias Budnowski; John R. Buell; Benjamin Bulach; Markus Bulka; Dan Bullock; Mathew Christopher Bunnell; Matthew Buonincontro; Bernhard Burbach; Donald Burck; Jason A. Burke; Richard Burke; Robert L. Burke; Kersten

Burkhardt; Daniel Burner; John Burr; Ray E. Burrington; Joseph C & Kay L. Burrus; Mike Busby; Charles J. Bush; Terry D. Butler; Gregory R. Byrd; Jack Y. Byrd; Chris Caballero;Joann Cadamuro; Joseph Cadamuro; James Cagle; Kevin Lee Cain; Anthony Calabrese; Giovanna Maria Calderone; Giuseppa Calderone; Raymond Calderone; Thomas L. Caldwell; James Callaghan; Jacob Camacho; Arthur Camarista; Samuel Camarista; Michael Campanella; David B. Campbell; Tarkan Cangoz; Harun Cansiz; Tayfun Cansiz; Juan Manuel Real Cantos; Tham Cao; Wenjie Julie Cao; Berc Capkan; Gianni Cappelletti; Charles Capwell; Jean-Francois Carbonneau; William H. Carl; Mark C. Carlon; Ricardo M. Carmenates; Roseline Caron; Richard Carpenter; Gail W. and Christine M. Carruthers; Lobsein Carsten; Stefan Carstens; Christopher Carter; Gary L. Carter; Ricky Castellanos; Abie J. Castillo; Daniel Castro; Timothy W. Cate; Craig Cavanaugh; Allen Cecil; Joseph Cenname; Mehmet Cetinkol; Gregory Chadjiyannakis; Rajneesh Chaganla; Luis Chagua; Suresh Chainani; Koushick Chakraborty; Alan Chan; David Chan; Ming Chan; Tammy Chan; William Chan; Woon Sun Chan; Brent Chandler; John P. Chaney; Margaret Chang; Maria Chang; Michael Chang; Pamela Chang; Ju-Hsien Chao; Robin Chao; Ronald P. Chao; Yi-sheng Chao; George S. Chappell; Jessica M. Charapata; To Hin Wing Charles; Boriphat Charoenrat; Jeniffer Chau; Phan Chau; Jai P Chaudhary; Phuc Chautran; Ascencion Barron Chavez; Piero Antonio Consiglieri Chavez; David Chen; Gang Chen; Gyoxun Chen; Jin Chen; Jiwei Chen; Jue Chen; Wei-Chi Chen; Xue Lan Chen; Zhan Chen; Davis Cheng; David Cheung; Ian Cheung; David Chevallard; May Yin Chin; Shih-Liang Chiu; Thomas Chnong; Doris Cho; Leo Cho; Youngmin Cho; Andy Choi; Woong Choi; Jung Jun Choo; Garvit Chopra; Keertendra Choudhary; Richard H. Chow; Juri Alexander Christen; Debra S. Christenberry; S. Kent Christenberry; Stephen and Debra Christenberry; Jen Marie Christensen; Stifter Christian; Huong Thi Chu; Ying Zhi Chua; Marc Chuah; Chee Kwok Chuen; Seung Ree Chun; Thinh Chung; Taylan Ciftci; Mark J. Cinque; Corey Citron; Mark Daniel Ciubal; John R. Clark; Benjamin Clasen; Niko Clauder; Benda Clayton; Udo Clemens; Wolfgang Clemens; Davey Paul Clement; Kathy K. Cloer; Stocks "R" Us Investment Club; Douglas E. Cochrane; Matthew Donald

Cochrane; Mariah Coelho; Melissa Coffman; April Cognito; Lawrence J. Cognito/Marcelee F. Cognito; William R. Collins; Joseph R. Collyar; John F. Colvin; Kevin Compton; John L. Confer; Ryan P Conlon; Rebecca Conner; Sean Conner; Tamara Connor; Nimisha and Mukesh Consultants Ltd (UK registered Company); Sascha Contes; Warren Cook; Timothy L. Cooke; Brian Lamont Cooper; Justin Corder; Henning Cordes; Manuel Cordova; Richard Clair Corkum; Onofre C. Corpuz; Jose Alfredo Corripio; Benjamin Charles Corser; Alanna Costanzo; John D. Costello; Sadie A. Thomas Coverdale ESA; Michael K. Cowell; Alan Cowgill; Guy F. Cox; Jordan Michael Cox; Richard M. Cox; Jack D. Crabb; Michael C. Cramer; Ronald G Crawford; R Van Creveld; Carol Crilly, Trustee; Carol Crilly, Trustee (Grandchildren's Educational Trust); Clinton H. Croswell; John R. Crouthamel; Michael R. Cuenca; Manuel Cuervo and Susan Cuervo; Ruben Cuevas; Roderick B. Currie; R. Wade Curtis; Roy Cutrer Jr; Pascual Daniel Cutrone; Thomas Cwikowski; Siegfried Czeczka; Mario Vittorio D'Alfonso; Chris J. D'Ambrosio; Jamie Dam; Janine Damitow-Lacin; Howard Dang; Steven Dang; Ullrich Daniel; Bernd Daniels; William Danielson III; Michael Dannecker; Siegfried Danner; Robin Dano; Hung Dao; Wafic Darwish; Amit B. Das; Christopher Scott Davidson; Jon A. Davidson; Chad Davies; Marc William Davies; Betty Davis; Betty Lou Davis; Melvin W. Davis; Nathaniel Davis; James E. Day; Dave M. Dayon; Dominador M. Dayon, III; Dominador L. Dayon, Jr.; Elvire E. De Roock; Regina De Vitis; Leandro Pablo Deambrogio; Roberto Jose Deambrogio; Christopher Deaner; Brandon G. DeBok; Daniel Decker; Jens Degenhardt; Andreas Deimann; Steven A. Deiter; Salvatore R. and Mary Ann B. Del Priore; Noel DeLeon; Sam Delgado; Carsten Dell; Alejandro Tale Delrio; Emine Demir; Kerry DenHerder; Dennis Dennhardt; Isaac Depeyer; Antonio DeSimone; Michael Desmond; Jeanne Claire Devon; Enzo Di Manno; Oscar Diaz; James Timothy Dicken; Michael Kenneth Dickinson; Jens Dienel; Charles Diep; Joachim Dierkes; Martin Dierolf; Simone Dierolf; Wolfgang Dierolf; Alexander Diestel; Ortkamp Horst Dieter; Tschulik Dietmar; Claudia und Günter Dietrich; Thomas Dillmannn; Joseph DiLorenzo; Marco DiMaccio; Corrine Dindinger; Bambauer Dirk; Max Dißlbacher; Monika Dittrich; Joseph

Ditullo; Christopher Dixon; Patricia Dixon; Erich Dobida; Constantin Dobirr; Christine H. Dodson; George Milton Dodson & Kaye Rosamund Dodson TRS FBO George Milton Dodson and Kaye Rosamund Dodson; Jeffrey A. Dodson; Timo Doehmen; Devinder Dogra; Sven Dokter; Jason Dollarhide; Alexander Dombkowski; Daryl Dombrowski; Jane E Domidion; Nicholas Domingo; Jose Luis Jimenez Dominguez; Grün Dominik; Roberta Dondanville; Walter F. Donnellon; John K. Dooley; Carlos Jover Doria; James M. Dorland; Teddy L. Dorland; Eric Galen Dorn; Dennis F. Dorris; Kim M. Dorris; Michael H. Dorris; Bharat Kumar Doshi; Louis Raja Arul Doss; Willi Douverne; Dirk Draeger; Ulrike Dreschsel-Habrich; Thomas Dresel; Christel Drewe; Dolores Dreyer; Bastian Droews; Marko Dube; James L DuBois III; William P. Ducket, Jr.; James R. Duffie; Richard Dumm; Jeanine Duncan; Kristina G. Dunlap; Robert G. Dunlap; Stephanie M. Dunlap; Keith P. Dunne; Monika Dür; Ali Duran; Paul S. Durham; Richard L. Durham; Faisal Khan Durrani; Michael Thomas Durrant; Ravi Dusanapudi; Jiri Dusatko; Timothy Michael Dyke; Martin Dyrda; Maros Dzadon; James Ecker; Kristian Eckert; Michael W. Edelen; Plankensteiner Edith; Alex Edmunds; Dobuschinsky Eduard; Trenton Edwards; Tim Efinger; Tim Egger; Frank Eha; Harald Ehrismann; Michael Eichel; Frank Eisert; Josh Ekola; Ataollah Elahi; Charles Eldridge; Charles Eldridge Trustee FBO Alyssa Blair Eldridge Irrev Trust; Charles Eldridge Trustee FBO Adrian Howard Eldridge Irrev Trust; Charles Eldridge Resp Indv FBO Aylssa Blair Eldridge ESA; Charles Eldridge Resp Indv FBO Adrian Howard Eldridge ESA; Frederick L. Eldridge and Mary Frances Eldridge; Karen Eldridge; Dana Martin Eliassen; Marques D. Elliott; Richard Ellis; Wilfred A. Ellis; Roger A. Ellsworth; Ralf Dieter Emmelmann; Matthew Emmer; Derek Emmerson; Katherine Emmerson; Lauren Emmons; Suresh Enchoor; William Ender; Simeon Enemuo; Kwing M. Eng; Jeffrey W. Engel; Kwing M. Eng; Steve Engel; Anna Engert; Brunhilde Engert; Thomas Erdmenger; Ercan Eren; Jerry D. Erickson; Karren Trudy Ericson; Klaus Erletz; Peter Ertl; Carl H. Eschbacher; Oscar Jose Llano Espinosa; Frank Espinoza, Jr.; Will Esser; Jeff Estepp; Francine Estrada; Ahmed Et-Tauahri; William J. Evancho; Dr. John Evans; Mark Hanley Evans; Ricardo Facio; Alexandra Fackler; Thomas Fackler;

Edvard-Ragnar Fackner; Joe Factor; Mirco Fahrig; Christopher A. Faletra; Trülzsch Falk; James Fallon; Paul M. Fanning; Anthony Joseph Fanno; Giulio Fantechi; Brent Farka; Brian Farlow; Robert S. Farlow; Carrie Faulkner; Ed Faulkner; Robert H. Faulks; Renato Fazzi; Oliver Fechner; Kai Fehling; Donald Feigley; Horst Feist; Irwin M. Feldman; Torsten Fell; Timothy J Feller; Sebastian Fenske; Meinhard Ferber; Cem Ferevski; Jose Fernandes; Elizabeth D. Fernando; Leo Paolo D. Fernando; Christian Fernholz; Stephen J. Ferwerda; Eric Fiacconi; Peter Fichter; Dale Ficquette; Lucas Fiedler; Daniel Figlestahler; Johann Fijol; Eddie Fikse Custodian for Angelica M. Castillo; Eddie Fikse; Sebastian Fikus; Stefan Findeiss; Larry Finkelstein; Grant Finn; Patrick E. Finn; Alan Brian Fischer; Dennis and Lora Fischer; Patrik Fischer; Uwe Fischer; Daniel Fisher; Stacey T. Fisher; Adam Kent Fitzgerald; Chris Fitzgerald; Kent Ashton Fitzgerald; Sean Lee Fitzgerald; Richard A. Fizzell; Dr. Wolfgang Johannes Flasche; Robert D. Fleck, III; Nancy Fleming; Marco Antonio Flores; Engert Florian; Andrew T. Flynn; Michael J. Flynn; Matthias Föckeler; Manfred Fohringer; Chester Dale Ford and Kerry Lynn Ford; Cosmo D. Fornaro and Mary Jean Kosma-Fornaro; Michael Forster; Andrea Förtsch; Ann Elizabeth Fosnaugh; Gail M. Fox; Robert T. Fox, Jr.; John Stephen Frady; Daniel M. Frakes; Holz Frank; Juergen Frank; Maik Frank; Mario Frank; Marlon Franosch; Bernhard Franzke; John Raymond Frazier; Gregory N. Fredrickson; Montgomery Lee Free; Michael R. Freedman; Raymond Freeman; Benjamin Alan Freiberg; Thomas Freiberger; Gunnar Freitag; Holger Frenzel; Mathias Frey; Frank Friedrich; Philip-Tobias Friedrich; Ralf Friedrich; Wilbert Friedrich; Thomas Frisch; Ronald Fritzsch; Markus Fröhlich; Karen K. Fronterhouse; Luis Enrique Loureiro Frumento; Jonathan Fry; Gundolf Fuchs; Marcel Fuderholz; Sascha Fuhrmann; David Fuina; John R. Fuller; Matthew Fuller and Gloria Fuller; Wayne Fulton; Preston Fung; Shallum Furbush; John Mark Fuse; Mark L. Fuse; Dr. Michael Fuss; Peter und Beate Gabriel; Peter Gadesmann; Greta R. Gainey; Kathy Galea; Walter Galla; Raimund Gallee; Jacqueline Gamadia; Maurice Gamadia; Michael Gamadia; Erno Gamer; Michael Simon Gammel; Meena Ganesan; Marta Carbonell Garcia; Oscar Tejedor Garcia; Ruben Fernandez Garcia; John M. Gardner; Michael Garfield; Hilton Greene Garner;

Ronald Garner; Wesley Garner; Justin Garrison; Tobias Garrison; James Gartner; Patrick Gärtner; Andreas Gassner; Christian Gassner; Mark Gates; Lesa Gavidia; Andreas Gebhardt; Jörg Gebhardt; Po Oy Gee; Peer-German Geercken; Dieter Geerkens; Dennis Geesdorf; Robert Gegner-Keine; Jens Gehrcken; Martin Gehrmann; Michael Geier; Bernhard Geiteneder; Joseph Gentile; Andre Gentsch; Magdalena Georgopoulos; Trausner Gerthard; Olaf Gerike; Kersten Garlach; Thomas Gerlach; Axel Gerling; Brigitte Gerling; Mike Gerloff; Klimascek Gernot; Anton Gesselbauer; Ralf W. Geuting; Aman Ghebresellassie; Ferritto Giacomo; Ann Giamattei; Adrian D. Gibson; Eva G. Gibson; Jonathan D. Gibson; Hans-Werner Gideon; Jeffery Michael Gierer; Jan Giersberg; Chris Giese; Jason Giese; Dan Gilbert; David James Gilbert; Gerd Gillessen; Wendy J. Gilmore; Karen R. Gindy; Howe Gip; Devaprakash Giretheren; Hermann Gius; Renita Rae Glaser; Thomas W. & Glenda S. Glass; Gabriele Glatki-Huntscha; Wilfried Glau; Michael Gleissner; Donald Glenn; Irena von Glinski; Lynda D. Gluck; Gregor Glück; Jan Göbel; Mustafa Goecemen; Andreas Goedecke; Heiko Goehrke; Dieter Goeke; Kai Goemann; Achim Goetz; Andreas Goetz; Andreas Göhringer; Edmond, Golbas; Jeffrey M Goldman; Jonna Goldman; Eugen Goldnik; Katharina Goldnik; Oskar Goldnik; Michael Golisz; Ruediger Gollhardt; Saim Gologlu; Stanley H. Golove; Josef Gomig; John Irra Gonzales; Miguel Angel González; Cora L. Goode; Kenneth Wayne Goode; Walter Trent Goodwin; Kathleen Mae Goodwin; Andrew L. Goorfin; Volker Goos; Andrzej Goral; Donald Gordon; Lisa D. Gordon; Lothar Goretzki; Crispin E. Gorham; Sjezana Gorickic; Werner Gorzalka; Jürn Gosselaar; Brian Gossett; Stefan Gossmann; Donald Gothie; Jörg Gottschalk; Ryan Goyal; Markus Graff; Beau C. Graham; Alfred Grausam; Adele Grebbin; David John Greene and Sonna Jane Greene; Lisa Greene; Robert Greene; Benjamin Greenspan; Larry Gregg; Stephan Greiner-Mai; Tom Grethen; Johannes Grewe; Antonio Grgic; Benjamin Timothy Grice; Peter Grieser; Jack A. Griffin; Jennie K. Griffin; Robert D. Griffin; Robert Griffin CUST; Marilyn B. Grimes; Karsten Grimm; Alexander Grinkin; Michael Grom; Wilhelm Bernd Volker Gronemann-Habenicht; Mojca Gros; Daniel Gröschner; Michael L. Gross; Lawrence Grossberg; Gregor Grösser; Andreas Grossmann;

Michael Grote; Andrew Grow; Erwin Grübel; Silvio Gruben; Stefan Gruber; Eckhard Grüneberg; Michael Gryga; Pamela J. Grzelak; Stephen E. Grzelak; Clemens Guenther; Alan Guerra; Brandon Guerra; Dennis Guerrero; Bryan Guess; Mathias Gulbe; Cüneyt Gülhan; Bosch Gunther; Kollman Günther; Strümer Günther; Vimal Gupta; Dr. Norbert Gustke; Michael and Bonnie Gustow; Ralf Gut; Honda O. Gwynn; Baltz H.D.; David R & Pamela M. Haag REV TST UA 2/20/97 David R Haag TR; Manfred Häb; Olliver Haberger; Joerg Hachtmann; Monika Hachtmann; Enrico Hacker; Florian Haehn; Matthias Haersel; Richard R. Haertel; George Hage; Volker Hage; Marco M. Hagemeyer; Michael & Marco Hagemeyer; Daniel Hager; Edward Hager; Henning Hagg; Dennis Haggerty; Andreas Hahn; Kevin M. Hahn; Thomas Hahn; Kidane Haile; Alexander Halasz; Rolf Hammel; Hans-Georg Hammes; Jung Han; Qiming Han; Steffen Handke; Volker Hänel; Guido Häni; Adam Hanko; David John Hannon; Stefan Hans; Schulz-Dietrich Hans-Jürgen; David E. Hansen; Olaf Hansen; Thomas Hansen; Werner Hansen; Wilhelm Hansen; William Hansen; Axel Hanser; James E. Hanson; Jonathan Hanus; Philipp Hanuschick; Wolfgang Hanuschick; Harry Harakh; Schwarzkopf Harald; Trevor H. Harbour; Celesta Hardy; Darryl Hardy; Mary Maureen Harer; Gernot Hargesheimer; Alexander Harich; Darle L. Harlan; Jeremy Harmon; Bernd Harms; Arthur Harris; Kristen K. Harris; Joel A. Hart; Laurence E. Hart, Jr.; Christian Hartdegen; Matthew S. Hartford; Jeffrey Hartman; Andre Hartmann; Ingo Hartmann; Stephanie Hatmann; Jonathan E. Harvey and Colleen M. G. Harvey; Roy Harwood; Dirk Hasenpusch; Ahammed Hashim; Wolfgang Hassel; Craig Hassey; Gloria K. Hastings; Kriton Hatjiefthimiou; Larry Hauck; Steven A. Hauck; Kai Hauenstein; Spencer Von Hauenstein; Michael Hauff; Michael Haug; John Charles Haumesser; Michael Häusler-Müller; Jens Hauspurg; Ludger Havighorst; Bart Haycraft; Richard A Hayes; Yan-Jiao He; Cathy Evelyn Hearn; Eric Madison Hearn; Paul Bradford Hearn; John M Heasley; Yasmin C Heasley; Jayson Hebert; Donnie Hedlind; W. Herbert Heffner III; Tomishv Hegol; Jens Heidler; Joerg Heinemann; Nils Heinemann; Uwe Heinemann; Dr. Arndt Heinicke; Terence Heinicke; Swen Heinitz; Dirk Heinrich; Robert and Rebecca Heinrich; Udo Heinze; Dieter Anton Heuschmid;

Uwe Heise; Andreas Heit; Timothy Jerome Heitzman; Joe Heizenreder; Markus Held; Florian Heldner; Margaruitte C. Heller; Bretta Hembree; Justin Hembree; Daniel Hempelmann; Phil Henderson; Karsten Henkel; Cieslak Henning; Jamie Christine Henry; Kristoffer James Henry-Pedersen; Sandra Henson; Christian Hentschel; Jan Hentschke; Udo Ferdinand Heppe; John Hepsen; Elko Herbert; Zinke Herbert; Thomas Herbster; Alexander Herkenberg; Karl-Heinz Hermberger; Jan Herrmann; Carsten Herweg; Matthias Herzog; Klaus Heskamp; Rico Hesss; Andreas Heß; Jack T. Hess, Jr.; Kimberly Hetzel; Robert Tad Heydenfeldt; Joem Heyenrath; Moritz Heyers; Huck F. Hibberd; Leonard L. Hice; Gregory Hicks; Marco Hidde; Caleb Lawton Hidle; Joshua Higby; Matthew James Higgins; Morgan Higham; Friedrich Hilberts; Marcus Hildebrandt; Johnathan Gregory Hill; Joerg Hilpmann; Kaye Park Hinckley; Karin Nadja Hinger; Werner Hirsch; Christoph Hirt; Gerhard Hirti; Nicole Hittmann; Michael Raymond Hix; Alison Ho; Christopher Ho; Vien Ho; Ulrich Hoch; Marvin Hochberg; Judy Hochhalter; Lanny Hochhalter; Sebastian Hock; Thomas Hock; David P. Hodge; Billy W. Hodges; Nicholas Hodgson; Herbert Hoebel; Christopher J. Hoeck; Walter Hoelzgen; Eilhard Hoenicke; Mathias Hoepp; Walter Hoetzgen; Lothar Hoferichter; Diane Hoffman; Erin Hoffman; Scott Hoffman; Marian Hoffmann; Michael Hofmann; Robin Hoffmann; Dennis Hofmann; Marion Hofmann; Markus Hoffmann; Sven Hofmann; Maximillian Hofstetter; Moritz Konstantin Hofstetter; Richard Hofstetter; Maik Hohl; Bohumil Holas; Christopher David Holcombe, Sr.; Ravi Holla; Larry E. Holland; Herbert Holley; Andreas Hollmann; Dennis Holz; Eilhard Hönicke; Steven J. Hooker; Donald Hoosack; Martin Höpfner; Patricia Hopkins; Christian Horn; Peter Horn; William S. Horner, Jr.; Sven Hornig; Howard Horowitz; Christina Höser; Rimoun Hosny; Reza Hosseini; Robert Hossfeld and Marie Hossfeld; Pablo Hourcade; Evan Housh; Robert Leon Houston; Roderick J. Houston; James Curtis Houston, III; James Curtis Houston, Jr.; Jane Howard; Ronald Howard; Veronica V. Howard; Samuel C. Howard, Jr.; Sean Michael Howarth; Edward W. Howarth, Jr.; Edward Horwarth, Sr.; Daniel Philip Howe; Sean Howse; Chun-Wei Hsiao; Kelvin Hsieh; Chuan Hsueh; Mingjie Hu; Pingji Hu; Can Zhong Huang; Charlie Huang;

Ping Huang; Monika Huber; Thomas Hubert; Axel Hübner; Terrance D. Huff; Michael Hufnagel; Cynthia Hughes; Leonard Hughes; Wolfgang Hulbert; Abraham Human; Aaron Hung; Jahn Hunka; Kandis L. Hunter; Donna M. Hurley; John A. Hurley; Elmer E. Hurlstone; Peter Hutkai; Deborah Ruth Huveldt; Lang Huynh; Lisa Hynes; Doreen M. Iannucci; Robert D. & Doreen M. Iannucci; Robert D. Iannucci; John Ibberson; Carlos Briz Iceta; Daniel Iger; Stefan Ignatius; Fabian Ilmer; ÖKSÜZ KEREM ILYAS; Syed Imam; Techzoi Inc.; OTB Inc.; Shameer Inshan; Lord and PADE Investments; Surf City Investments ; Seventytwo Investments, LLC (Manager Andrew Butac); James Iodice; Benny Ip; Faraz Zamir Iqbal; Saleem Iqbal; Thomas Irl; Andreas Isak; Kazim Isilak; Boyaci Ismail; Axel Iverson; Lothar Iwanowski; Marlene Jack; Mitchel Jack; Gerold Jackscht; Philip Jacob; James F. Jacobs; Peter Jakob; Dusko (Dan) Jaksic; David A. James; Kin Man Wong James; Chad Janak; Michaela Janesch; Scott Jang; Joachim Janssen; Dennis Jaroch; Zdenek Jaroch; Jeffrey Jarrett; William Jaseph; Bharat Jaswani; Ken Jaten; Peter Jauch; Vico Jaworski; Ganesan Jayaraman; Guyaz Jean-Claude; Follonier Jean-Pierre; Douglas Jellison; Michael Jendryssek; Kevin Mark Jenne; Felix Jenny; Richter Jens; Sheryl Kay Jensen; Andrew Jessberger; Xavier de Mollerat du Jeu; Anna Jezek; Chao Jiang; Fan Jiang; Esther Jin; Renardy Joachim; Thomas Joachim; Alexander Joepchen; Papadopulos Johannes; Travis L. Johannsen; Darryl Avant Johnson; Harold Johnson; JewDee H. Johnson; Larry Johnson; Larry S. Johnson; Michael C. Johnson; Richard B. Johnson; David Benjamin Johnston; Daniel N. Jones; David Jones; Jerry Lee Jones; Michael Jones; Richard Jones; Robert A. Jones; Sunghae Joo; Lars Joppke; Daniel Jordan; Justin Michael Jordan; Ed Jos; Ed Jos Custodian for Neville Jos; Gomig Josef; Jakovljevic Josef; Schmid Josef; Donald Joseph; Michael Joyce; Daniel Juchler; Irene Juchno; Alan L. Judy; Schaefer Juergen; Steueregger Juergen; Harald Jumpertz; Bo Young Jun; Alexander Jung; Matthias Jung; Michael Jung; Oliver Jung; Thomas Jung; Runge Jürgen; Jürgen Justavitz; Tomas Jüttner; Dennis Kaden; Wolfram Kaden; Roman Kadinsky; Chloe Kaelberer; Dorian Kafeja; Marc Kahn; Tayyip Kahraman; Frank Kalies; Tino Kaltofen; Ray Kamel; Charles Kaminsky; Manuel Kamm; Rainer Kampwerth; Michael Kandler; Ravi Kanti; Norbert Kany;

Chiahi Kao; Ediz Kara; Georgios Karagiannis; Florian Karg; Harun Karimpur; Christopher Karl; Heiko Karl; Thomas Karle; Boonsom Karnchawee; Siegmund S. Karolak; Viktor Karpelev; Georgios Karras; Regina Kathmann; Chin Shi Katt; Dov Bondi Katz; Michele Kaufman; William Gary Kaufmann, Jr.; Kim Kavall; Douglas M. Kawasaki; Timothy J. Kayfus; Dr. Uli Kazmaier; Laura A. Kerans; Roland Keck; Frank C. Keeler; Michael Keese; James E. Keezer; Christopher J. Kefer; Marian Holger Kehm; Wang Kejun; Damir Kelava; Warren W.Kelchner; Helmut Keller; Rainer Kellermeier; Candace Lee Kelly; Jeff Kelly; Michael G. Kelly AND Juliann Kelly; Raymond Joseph Kelly; John Kendryna; Lisa Michelle Kennedy; Tom Kennedy; Michael Kenner; Edward Harman Kerans; Shawn Kerns; Gerhard Kerschhofer; Christian Kerschl; Rain Kesperi; Dylan Joseph Kessler; Michael Kettner; Mina Khayatpour; Thuy C. Khuu; Serge Khuzkian; Hauke Kiel; Birgit Kieser; Uwe Kieslich; Andre Kiessling; Manuel Kilian; Eric Alan Killinger; James Kim; Jimmy Kim; Sang Kyun Kim; Tommy Kim; Ukjung Kim; Young Soo Kim; Stephen Kimber; Krystal Kimbrough; Allan R. King; Carolyn V. King; Berta Susanne Kink; Teruo Kinoshita; Ton Kiphardt; Richard Kiraly; Brian E. Kirk; Jamie Kirkes; Peter Kirkham; Michail Kirmanidis; Jaromir Kison; Gyula Kiss; Udo Kisters; Ryan Dean Kitchens; Leslie J. Klaff; Kazimir Klaric; Toni Klass; Thomas Klee; Gunter Klein; Karen Klein; Jurgen Kleine-Borger; Peter Andreas von Kleinsorgen; Andreas Klement; Marco Klesse; Toby Klimkeit; Greg Kline; Hildegard Klink; Daniel Kloster; Alexander Klutzny; Judith Susan Kneeter; Michael Knickmeier; Thomas Knoerzer; Sebastian Knoll; Michael Knoop, MD; Simon Knotzer; Robert Knutson; Esteban Ko; Sun Yeo Ko; Steffen Kober; Benjamin Javernik Kocar; Alexander Koch; Robert Koch; Denis Kocsis; Franz Koczwara; Karl Koczwara; Hans Victor Koelink; Sebastian Koemer; Ralf Koenig; Dan Koesterman; Margaret Koesterman; Jay J Koesters; Sandra Koestlmeier; Jacob Kohanzadeh; Akin Kök; Mahmut Kokar; Patricia Kolb; Simon Kölbl; Mario Komann; Durga P Kommineni; Adrian Komor; Kalyan Kompally; Naveen Kompally; Michael Komrowski; Jeff Konek; Eyck Könemund; Markus Konieczny; Paul König; Konrad Graf; Annette Konrads; Henry Koon; Krzysztof Walerian Kopxczynski; Manuel Kopp; Wolfgang

Kopp; Christian Kopper; Ilse M. Koran-Richards; Ralph Kordula; Christian Korntheuer; Waldemar Korotezky; Robert Kosinski; Thomas Kostrewa; Levent Kota; Phillip J. Kotoski; Athanasios Koutsianos; Mark R. Kozuch; Shelagh Krakower; Thomas Kramer; Wälter Kramer; Uwe Krampf; Marc Kratz; Dirk Krauß-Stangenberg; Tobias Kreimann; Florian Kreipe; C. Alan Krekel; David Krekel; Michael Krenn; Gregor Kretschmann; Marc Kreuter; Carsten Kreutze; Stephan Kreuz; Stefan Krieg; Nils Krieger; Wolfgang Krieger; Andreas Krienen; Kevin Kristick; Budd Henry Kritch; Aritz Jimenez Krobel; Ursula Kröber; Shaun Kroeger; Amanda Krol; Kevin Krol; Kurt Krol; Kyle J. Krol; Michael Kroth; Martin Krueger; Juergen Krug; Peter Krumm; Michael Kubatz; Werner Kuehne; Stefan Kuerzel; Thorsten Kühn; Barbara Kuhn-Mitscherlich; Christian Kuhning; Bernd Kühnle; Deborah Kuhns; Alicja Kulisch; Deeksha Kumar; Deekshant Kumar; Pramod Kumar / Deekshant Kumar; Prashant Kumar; Sasi Kumar; Dimitri-Sebastian Kummer; Peter LI Hark Kung; Steve Kunzman; Kuo-Tung Kuo; Stephen Kuo; Ronald Kupfer; Stefan Kuras; Arno Kurschus; Mate Kurtin; Larry Kvamme; Susan Kvamme; Mae Kwan; Yam Keung Kwan; Gary Kwong; John David La Fever; Bernhard Laaff; Hendrik van Laaten; Farid Labib-Kiyarash; Farid Labibkiyarash; Clint Lacewell; Oktay Lacin; Roy + Bonnie Lajoie; Desmond Lam; Pauline Lam; Tina Lam; Ryan & Andrea Lan; Frances Lancaster; Scott & Jann Landess; Marco Langanke; Reinhard Langanke; Thomas Langanke; Heidi Langbein-Allen; Jochen Lange; Klaus Lange; André Langevin; Bill D. Langford & Trudy B. Langford; Mark Langley; Andreas Langner; Jack Lannom; Dino Dayon and Aurorita Lariosa; Amale Jauregui Larrabeiti; Ronald Jeffrey Larsen; Simeon Patrik Larsen; Lawrence William Larsh; Michael Latacz; Georgena Latka; Jeremy Clark Laundergan; Michele Elizabeth Laurence; Sascha Lauterbach; Keith F. Lavan; Gary J. LaVigne; Mary M LaVigne; Monique M. Lawhorn; Jessee Estill Lawson; Maung Lay; Myrna M. Layne; Mitch Le; Ngoc Tuyet Le; Tuyetsa Le; Shirley Le; Andrea Wood Lerner; Brandon Lee; Grace Lee; Inger Lee; Marilen Lee; Mee Han Lee; Sean Lee; Yong Lee; Issac Lee; Bernhard Leeb; William Leggett; Thomas Lehmann; Joseph Pang Fei Lei; Zhuo Xian Lei; Russell Leigh; Christian Leise; Helmut Leng; Charles Lenihan; George Wright

Lennon; Hauke Lenthe; Ralf Lenz; Simone Lenz; Jose Raul Leon; Lawrence Leonardis, Jr.; Raymundo Alexander Castillo Leonardo; Thomas Leppin; David Lerner; Brian Lerseth; Claude Lessard; Marc Leuko; Johnny Cham Wah Leung; Peter K. Leung; Kay Michael Leupold; Diana S. Levas; Joel Levenson; Steven M. Levine; Emanuel Jason Levy; Iris Levy; Antione Lewis; Edward Lewis; Edward M. Lewis; Randy Lewis; Robert Millard Lewis; Alejandro Lezama; Amelia Li; Ansen Li; Bryan Haojun Li; Robert Libraty; Kim Marie Liebetreu; Daniel Liebold; Heetaek Lim; Koo Lim; Paul Kuang-Hsien Lin; Ralf Linden; Carl Lindstrom; Carl David Lindstrom; M.E.S.A. Inc. Carl David Lindstrom trustee; James E. Lindstrom; Lee Yin Ling; John Graham Lingenfelter II; Gregory Scott Lingor; Andreas Link; James John Linus; Stefan Lipp; Roswitha Lippold; Walter Lis; Nathan Bryan Liscomb; Peter Litgen; Thomas E. Littrell; Wayne C Litza; Limin Liu; Minchun Liu; Rick Liu; Tao Liu; Maurice Lloyd & Virginia Lloyd; Thomas Angelo Lobadio; Dominic LoBrutto; Cheryl Locke; Jay Locke; Willard M. Locklear; Mora Lorraine Lockwood; Robert Lockwood; Heinz Joachim Loeffler; Michael Löffler; Daniel & Natalija Lohmann; John R. Long; Pamela Looney; Chase Lopata; Denis Ruiz Lopez; Ernesto F. Ruiz Lopez; Juan Luis Bellod Lopez; Robert Lopez y Lopez; Valentina Ruiz Lopez; Frank Lordi; Martin Lorenz; Lukas Loscheider; Ulrich Loskarn; Hartmut Lötzsch; Kathy Loughry; Bradley E. Louth; Duane Love; Dale D. Loveland; Eric James Lovell; David Michael Lowe; Kenneth J. Lowry; Spencer Lu; Xianghong Lu; Juliet Luard; John E. Luby; Santo Luca; James M. Lucas; Frank Lucente; Verena Lucius; James Alan Ludden; William R. Ludden & Lori A. Ludden; William Luden; Raphael Lüdenbach; Christoph Ludwig; Michael Ludwig; Stefan Ludwig; Friederich Lueckhof; John M. Lufkins II; Jens Lührs; Gene K. Lui; Wilson Lui; Mario Luisser; Erwin Lukas; Jane H. Luo; Jian Luo; Nang Boi Luong; Jonathan R. Lusky; Oliver Lütke; Michael Lutz; Wilfried Lutz; William Luu; Fabian Lux; Heiko Lux; Jerry W. Lux; Khin Maung Lwin; Thomas D. Lydy; Johannes Lyob; Jay Lyon; Randy C Lyons; T.A.M. Maas; Elke Maaß; Sebastian Maaß; Paula MacDonald DC; LeRoy M. Mack; Gerald Mathew Madolora; Philip I. Maggio, Jr.; Peter Maglaras; Sam Magliocco; Barbara A. Magliozzi; Marco Mahn; William A.

Mahnke; PhiVu Mai; Juergen Maichel; Meredith Mains; Lukas Maisch; Falko Maiwald; Danilo Major; Kaveh Makoi; Robert Makoi; Ryan W.Maleckas; Jim Malinski; Lars Malkmus; Murad Mammadov; Mark Mancuso; Steven Lynn Mandelas; Damir Mandic; Tobias Mandjik; Paula Ann Mann; Ryan Manongdo; Dembelein Manuel; Leyens Manuel; Mai Tu Mao; Victorina B. Marajas; Francis Marasigan; Kamer Marcel; Nikola Maricic; Surah Mariusz; Ralf Mark; Thomas Markert; Daniel Markovic; Dr. Hans-Dieter Markovic; Linda Marks; Steven Marks; Wölfl Markus; Anthony Marrero; Daniel J. Marron; James Timothy Marron; Michael Marrone; Michael J. Marshall; James A. Marshall, IRA Account; Jeson Martajaya; Daniel Wayne Martin; Manuel Ramirez Martin; Mike Martin; Nathaniel Tanner Martin; Weggenmann Martin; Keith & Susan Martinelli; Maria Sadia Morquecho Martinez; Steve G. Martinez, Sr.; Brian Martynowicz; Frank Marx; Swen Marx; Stefan Marzoll; Jaime Guisasola Masaveu; Terry Mash; Brian Mason; Anthony Massaro; Florin Matache; Radu V Metea; Robert Matevossian; Jorge Matias; Steve Matson; John Matthews; Richard C. Matthews; Gerald Matthey; Mandlmeier Matthias; Lopez Maurizio; Spiro Mavroidis; Herbert May; Heinz Mayer; Alberto Mazagatos; Robert Mazzei; John David McArthur; Gregg McCallum; Charles D. McCarthy; Mary Lynne McCarthy; Susan K. McCarthy; Chris McCarty; Brian McCormick; Michael Kearns McCune; Charles S. McCurry; William James McDowell; Sabita McFarlin; Marilyn Elizabeth McGarvey; John G. McGeel; Kenneth McGee; Geoffrey McGehee; Charles McGowan III; Ping L. McHale; Jim McInerney; Shawn McIntyre; William McIntyre; Donald L. McKee; Jack W. McKnight; Mike McKone; Leslie A. McLean; Herman Guy McLeod and Lonnie Posner McLeod; Timothy K. McNett; James J. Mcphee; Aaron Lee McPherson; Carol J. McVicker; Martin C. Medenwaldt; Ingo Meder; Brigitte Mederer; Montserrat Puyol Medina; Stephan Meier; Alexander Meinecke; Klaus Meining; Dieter Meinken; Heiko Meinssen; Fabian Meixner; Jesus Mejias in representation os Consorcio Cielo Asul SL; Patrick Melcher; Felix Melendez; Roberto Andrés Melimaci; John P. Mellor; Ronny Melzer; Joseph Hunter Mendenhall, II; Herman Mendes; Yaw M. Mensah; Stefan Mensch; Roberto Frank Menzel; Thomas Menzel; Sharon Mercurio and P.G. Mercurio; Andrew

Victor Merhaut; Jason Merritt; Enrico Merker; David Kent Merrill; Roger Merritt Jr.; Dominic J. Mersino; Randy Messer; Andrew D and Nora P Messinger; Marco Franz Josef Meuter; Franka Meyenburg; Dennis Meyer; Wolfgang Meyer; Ildiko Mezo; Steven Mezo; Tauseef H. Mian; Mary Micallef; William T. Michaluk; Patrick Mielke; Carsten Mietz; Carol and John Mikulin; Nicole Mikulla; Dominick & Jeannette Milano; Jeffrey L. Miles; Chris Miller; Deanna Miller; Jeff Miller; Joseph Miller; Maryiln Miller; Peter Thomas Miller; Stuart Miller; Tori Miller; Thomas J. Millett; David M. Mills; Allen Lester Mims, Jr.; Bahram Michael Minai-Pour; George S. Mirko; Reinhard Mirz; Olivier Mirza; Falk Missfeldt; Kim Missick; Anthony Mitchell; Ted Lee Mitchell; Daniel Miyeso; Andrew Mohamed; Phillipp Mohr; Stephan Mohr; Guenter Möllenhoff; Nicolas Möllhoff; Carmen Mölter; Henry Steven Mondesir; Mark Mondrone; Gina Montalbano; Alfred Montaner; Jang Hyeon Moon; Martin R. Moon; Benjamin C. Moore; Charlotte Jean Moore; Paul T. Moore; Thomas B. Moore; Reinhold Moosbrugger; Thomas Moosburger; Michael M. Moreland; Adam Sebastian Morgan & Kelli Pinion Morgan; Danny J. Morgan; Carsten Morgenthaler; Jonathan Moritz; Sebastian Moritz; Aldo Mormile; Forrest D. Morris; Marta O Morrison; Paul Morrison; Jeffrey A. Morton; Nathan D. Morton; Thomas Morton; Birgit Mosbach; Edward B Moseley; Jeff Moseley; Sebastian Moser; Charles R. Moss; Laura S. Moss-Dudley; Brian J. Mossman; John M. Mota; Kellie Mott; Erik Mötzung; Issam Moujib; Sam Moy; Chad A. Mrotek; Bin Zhou and Fang Mu (Joint Account); Fang Mu; Daniel Mueller; Fabian Dominik Mueller; Mario Mühlner; Yeung Kam Mui; Edin Mujic; Tapiawala Mukul; Daniel M. Mulewich; Frank Müller; Hubert Müller; Siegfried Müller; Steffen Müller; Beverly A. Mumper; Eric Lee Munsey; Gesine Gräfin zu Münster; Jeffrey P. Murphy; Linda S. Murphy; Thomas E. Murphy; Barbara Muscat; Hans-Joachim Muschalla; Werner Müskens; Heather Musulman; Joseph L. Muti; Vedat Mutlu; Cathy Myers; Reinhard Nagelschmidt; Angelia D. Nang; Chong Chen Nang; Yok Lan Nang; Jesús Sánchez Naranjo; Alfred Narnhofer; Amo Nasgowitz; Siamak Nasseri; André Nassler; Vojislav Nastev; Marco Nau; Eduardo Santana Navarro; George Andrew Navarro; Martha A. Navarro; Kelsey E. Naylor; Behzad Nazar; Michael P. Neavear; Olivier

Nebel; Dirk Nebgen; Peter Necklaws; Jens Nedrud; Daniel Neff; Puneet Nehra; John A. Nehring; Volker Nelischer; Jan Nelke; Thomas Nelles; Homer Nelson; Jon W.Nelson; Kevin M. Nelson; Steven P. Nelson; Robeston Neritani; Jeffrey L. Nesiba; Guenter Nestler; Hans-Joachim Neubauer; Yvonne Neubauer; Sebastian Neubert; Marek Neudenberger; Ernst Neuhaus; Ingeborg Neuhauser; Robert Neuhauser; Werner Neuhauser; Andreas Neumann; Juergen Neumann; Delrene Newman; Ritchie Newman; George Ng; James Ng; Kokseong Ngan; Vu Duy Nghia; Tiffany Thu Ngo; Anton Nguyen; Bo Van Nguyen; Christopher Nguyen; Hanh Nguyen; Henry Nguyen; Hoang Nguyen; Hung Thanh Nguyen; Jimmy Nguyen; Jonathan Nguyen; Son H. Nguyen; Thanh Nguyen; Toan Van Nguyen; Truc Nguyen; Elysabeth Q Ngyuen; Wolfgang Nickel; Dennis A. Nickson; Oliver Niestrath; Puneeth Nimmagadda; Uwe Nitschke; Andreas Nitz; Christian Nixdorf; Charles Nocita; Daniel Nolden; Reiner Noll; Matthias Nolting; Douglas M Nonan; Dawn S. Norris; Silenciosos De. Norte S.L.; David Seijo Novoa; Andreas Nowak; Steffen Nowak; Juergen Nuernberger; Clifford D Nulman; Jose Luis Nunez; Michael Nuorala; Oliver Nusser; Brian Nyquist; Katherine M. O'Connor; Martin O'Reilly; Lavinia Ondina Oaida; Margarete Obeerleitner; Leopold Obermeier; Brett Odell; Roland Oder; Mathias Offner; Jerry D. Oflock; Won Sok Oh; Eckard Ohmberger; Pilar Iceta Olaizola; Pawel Olejnik; Köhnen Oliver; Reneth Oliver; Sam Olson; Ingo Oltmann; Bryan ONeil; June Onesti; Linder R. Orourke; Taner Ortakasapbasi; Jüergen Orth; Geovanny & Myrna Ortiz; Alejandro Ortiz III; Randy Osburn; Krystoff A. Ost; Sebastian Ostermann; Valentina Ostroukh; Markus Oswald; Daniela Otterndorf; Patrick Otto; Thomas Otto; Ernesto Ouano; Jessica Overberger; Robert H. Owen; John M. Owens; Tarik Özbayan; Veysi ÖZGÜR; Mehmet Ali Özyetim; Michael Pace; Oliver Pächer; Mary Frances Pacini; Carlos A. Padron; Joanne Susan Page; George Painumkal; Thomas Pajaczek; Pia Pakaski; Rajesh Pal; Mark Palacios; Raul Palestina; Alexandra Palicki; Sridhar R. Palla; Steven Palladino Sr.; Tony Pallotta; William W. Palmer; William Wade Palmer Jr.; Freddie Palomarez; Vladimir Panarin; Bert Pannenborg; David Pantenburg; Dennis Panzer; Chris Papakyritsis; Francisco Javier Navarro Parejo; Chang Park; Charles Park; Eric Park; Jae Park;

Yunseo Park; Bill Parks; David & Renee Parks; David G. & Renee L. Parks; Dudley & Frieda Parks; Lloyd M. Romero & Gary W. Parks; Eric R. Parsons; Tessica H. Parsons; Kostantinos Parthenis; Vivian M. Partlo; Christian Paschek; Heinz Paschek; Bharat S. Patel; Bipinchandra Patel; Narendra Patel; Parin Patel; Rajen Patel (for Pars Power Inc); Sandeep Patel; Sonal Patel; Robert Thomas Patelski, Jr.; Lemmens Patrick; Whittier C. Patrick; Richard J. Patterson; Richard Pau; Daniel Paulis; Tanja Paulsen; Victor Vladlen Pavlenkov; Rakesh R. Pawar; Adam M. Pawlica; Michael Pawliczek; Reinhard Pawlik; Audray Ann Payne; Cassandra R. Pearson; Darin Pearson; Frank P. Pearson; William A Pearson; WalterRichard Peck, Jr.; James C. Pedersen; Harald Pehrisch; Philipp Peich; Volker Peitz; Thomas Pelikan; William Louis Pelkey; Larry Pell; Dieter Pemsel; Klaus Peter Pendl; Sascha Pendo; Jaime Alexander Perez; Manuel Ray Perez; Orlando Perez; Roberto Perez; Pedro Pérez; Regi Perimchelloor; Brian Lee Perkins; Jerry Perkins; Russell Perkins; Robert Perkins; Marlon Tyronne Perkins, Sr.; Wilhelmine Perret; Fridtjof Persch; Paul G. Person; Workforce Personnel, Inc.; Venikatesan Perumal; Yuranun Pesalaphan; Krampf Peter; Hauer Klaus Peter; Anke Peters; Leonard R. Peters; Mike Peters; Shane Peterson; Michael Petrakis; Catalin Jon Petrescu; Sascha Petrul; Charles W. Pettiford; George Pfeil; Klaus Pfister; Thomas Pfützner; Duy Pham; Ho Pham; Hoan Pham; Mina Pham; Minh Bao Pham; Peter Phame; Giovanny Phan; Mark Phan; Que Kim Phan; Vincent Philip; Philipp ; Carl Phillips; Angelo Piazza; Dave Picard; Oscar Piccinni; Peter Pichler; Michael Pickert; Renate Pidde; Holger Pidde-Westendorf; Toni Lee Piechura; Manuel Pieper; Brian Pierce; Ernesto Pierce; Raymond C. Pierce; Ricky Alan Pierce; Robert Allen Pierce; Frank Pietzsch; Robert Pilz; Dion Pincus; Markus Pinschmidt; Carlos Eduardo Pinto; Daniel Chase Pippinger; Robert Pirillo; Bernhard Pirker; Robert Pisacona; Simon Pischzan; Timothy J. Pitsker; Ronald John Pizer; Anthony Domenic Pizzacalla; Hartmut Plasczyk; Gerhard Plata; Sven Christian Plate; Leon Platt; Seth Plawsky; Ralf Pledl; Lisa Pleiss; Miguel Lopez Pliego; Dieter Plogmann; Jeffrey Pogolowitz; Alberto Polanco; Ludwig Joe Polasek; Elmar Polasik; Koray Polat; Halifer Polat; Vincent J. Polistina; Ross M. Pollard; Daniel Ponniah; Dora Leah Popp; Ingo

Popp; Mario Popp; Klaus Dieter Poppe; Mark S. Porter; Elizabeth Poznanski; Christian Postel; Lazaros Potsolidis; Kirk Potter; Matthew Potter; Robert D. Poulin; Aaron B. Powell; Charles Powell; Everett W. Powell & Jame l Powell; Jean A. Powell; Jerome M. Powell; William Michael Powell-Haley; Janelle Powers; Asier Monge Pozo; JUAN CARLOS MÁRQUEZ DEL POZO; Markus Praczek; Marc Prager; Josef Praml; Robert B. Prange; Stefan Pratsch; Jason Pratt; Joshua M. Pratt; Dieter Prenzel; Carla Presetti; Joan E Presetti; Hans Joachim Preu; Jed Prevor; Michael Prevor; Sydney Prevor; Meredith Prevor-Weiss; Fern S. Price; Fran Price; Adren Priestley; Nick Priestley; Anthony Prikes; Graham Robert Prime; Thomas C. Pritchett; Norbert Priwe; Withold Procek; Jan Prochazka; Dietmar Proff; Martin Pröpper; Nils Protzner; Susanne Protzner; Danel Provins; Douglas O. Pruitt; Randy Joseph Psyk; Alfred Pucher; James Patrick Pucik and Shawna Rae Pucik; Jonas Puglio; Kai Puhlmann; Andrew Puryear; Markus Püschl; Eric Daniel Pyles; Leos Pytlik; Stefan Quadrat; Julio E. Quezada; Nolen Quick; Carol R. Barry and John Quijada; Paul Quijada; Torsten Quimbach; Chris Quinn & Mary Ann Quinn; Ivan Quinones; Günter Raab; Thomas Rabitzsch; Gary A. Rackers; Troy R. Racki; Esther S. Radetsky; Uwe Radke; Sven Raduschewski; Takeshwar Rai; Parmvir Rai; Richard Rail; Mike Raimondi; Alexander D. Raji; Michael Andreas Rall; Emil Ramirez; Teodoro Ramirez; Gil S. & Jocelyne V. Ramos; Stefan Rampitsch; Leonhard Rampp; Ian Rambsbottom; Fa-Young Rang; Ramesha N. Rangaswamy; Werner Raschke ; Naveed Rashid; Norbert Rath; Michael Ravener; Pavan Srikanth Reddy; Benjamin Young Woo Reed; Michael J. Reed; Petra Reeder; Kevin P. Regan; Ralf Rehkopf; Tino Reiche; Sten Reichel; Melanie Reichenbach; Vikki Reid; Niklas Reimche; Dennis Reimer; Jan Reimers; Sharo Reimers; Victor Reimers; Ronald James Reinfort; Riedel Reinhard; Strommer Reinhard; Ulrich Reinsch; Tanja Reisig; Sven Reißberg; Jan Remberg; Peter Michael Renneckendorf; Roland Renner; Artur Repp; Carlos Manuel Lopeq Requeijo; Cellar Resources, Inc.; Andreas Reumann; Antonio B. Reyes; Michaelangelo Reyna; Barry Reynolds; Craig Arthur Reynolds; Gordon R. Rhyne; Richard R. Rhyner II; Dean Rich; Bochen Richard; Kevin Richard; Rick A. Richard; Tesch Richard; Dirk Richter; Jens Richter; Markus Richter; Waldemar Ricker;

Erica Lynn Riddell; James Scott Riddell; Jonathan Ridenour; Tracy Ridout; Patrick Rieberer; RR Mediconsulting GmbH, Kurt Rieder; Peter Riedl; Karl Rieger; Klaus Riegerbauer; Tobias Riethmüller; Chris Pl Riley; Thilo Rinke; John Russel Rinkenbaugh; Kevin R Rio; Shirley A. Riplinger; Andreas Rippich; Ellis David Rishton; Elvadee Rittenhouse; Kenneth H. Ritzenthaler; Gary Ritzman; Robert W. Rivers; Edward G. Rizzotto; Charles Roark; Michael Roberds; Frena Robert; Kern Robert; Bryan Roberts; James H. Roberts; Judith Ann Roberts; Mark W. Robertson; George Robidoux; Yvonne Robinson; Brad J. Roby; Nathalie Mareike Rochert; Wolfgang Rochert; Scott Rochlin; Jens-Christian Rödding; Christoph Rode; Sophia Rodin; Juan F. Rodriguez; Maria Rodriguez-Villafani; Arnd Roeder; Lothar Roehricht; Karl-Heinz Roemer; David Rogers; Jeff Rogers; Dennis Röhrle; Maik Rohsmann; Jachs Roland; Lacher Roland; Markus Roll; Volker Romberger; Lise M Romine; Benjamin Rooch; Helmut Roos; Carol Lucille Rose; Matthew Lee Rose; William Douglas Rosenberg; Reiner Rosenberger; John Rosenthal; Stephen Ross; Darren Rosselli; Leonard Rosselli; Matthew D. Rosselli; Birger Rostalski; Brandon Roth; Bryan Roth; David Michael Roth; Harold J. Roth; Matthias Roth; Ronnie Glenn Roth; Ingo Rothard; Kurt Röttges; Miquel Font Rovirola; Linda L. Rowbotham; Dennis L. Rowe; Kip M. Rowe; William K. Roy; Michael Rozenfeld; J.John Rubino; John Rubino; Walter Rudella; Wolfgang Rudnick; Andrea M. Rudolph; Jörg Rudolph; Robert Rudolph; Michael Rueckert; AURELIO MUÑOZ RUIZ; Thomas Rupa; Charles B Rupani Sr and Irene M Rupani; Zeljko Rupar; Ralf Rüping; René Rusicke; Olaf Ruß ; Richard A. Rust; Joe Ruterbories; Sean C. Ryan; Karol Rzepka; Alfonso Andres Merlo Saa; Daniel Saal; Rico Sabatini; Nitin and Smita Sabnis; Villi N. Sachinvala; Christoph Sackl; Dr. Bernhard Sackl; Andrew J. Sadler; Kaoseng Saechao; Boris Sahler; Mitsumasa Sakamoto; Jose Salas; Dr. Gerd Salditt; Joshua Sales; Karlheinz Salini; Ibrahim Salman; Giuseppe Salvato; Ward Salveson; Sridhar Samineni; Damon Philip Samuels; Perrin Brant Samuels; Manuel Sanchez; Oscar Cuesta Sanchez; Jose Maria Torres Sanchez; Anna Sanchez-Del Sol; Lance D. Sandlin; Marcella Sandoval; Karthick Sankarachary; Pablo De los Santos; Santiago De Los Santos; Günter Sapper; Andrea Elin Sarda; Daniel E. Sarda; Marcos D.

Sarda; Ursula Sarin; Candels Sascha; Vedula S. Sastry; Barry Paul Savransky; Kimberly Savransky; Naeem A Sayed; Rafiq A. Sayed; Sam Scalera; David Scaturro; Matthias Schaefer; Michael Schaefer; David Schaendlinger; Dirk Schäfer; Hanjo Schäfer; Hermann Schäfer; Peter Schäfer; Karl-Heinz Schala; Juergen Schalow; Oliver Schalow; Michael Scharn; Stephan Scheffer; Mario Schein; Stefan Scheld; Torsten Schermer; Robert Schertz; Reinhold Scheuer; Andreas Schiegl; Roland Schill; Roberto Schilling; Jeremy P Schinzel; Erich Schirling; André Schiweck; Gerald Schlader; Stephan Ulrich Schlawitz; Henry Schlegel; Walter Schlosser; Holger Schmaedeke; Tim Schmalenstroer; David Schmauder; Ronny Schmeisser; Sebastian Schmickler; Florian Johannes Schmid; Sven Schmid; Erwin Schmidlechner; Andreas Schmidt; Bradley Merlin Schmidt; Daniel Schmidt; Denis Schmidt; Frederik Schmidt; John B. Schmidt; Jürgen Schmidt; Martin Schmidt; Richard Schmidt; Ulf Schmidt; Wolfgang Schmidt; Norman Schmiedchen; Raik Schmieder; Peter Schmitt; Daniel Schmitz; Hans Schmitz; Phillip Schnabel; Till Schneemann; Bernd Schneider; Daniel E. Schneider; Florian Schneider; Jeanine Schneider; Jeanine B Schneider; Marcus Schneider; Markus Schneider; Michael Schneider; Torben Schneider; Carsten Schnöink; Micha Schnyder; Mark Schoenbaum; Johannes Schoenherr; Michael Schoenleber; Harald Schoergmayer; Ludger Scholand; Nicolas Scholl; Sascha Scholle; Mario Scholten; Rene Scholz; Stefan Gottfried Scholz; Michael J. Schorp; Andreas Schorr; Michael Schott; Michael Schramek; Percy Schramek; Angela Schreiber; Jeffrey Taylor Schreiber; Raymond L. Schreiber; Martin Schreiner; Andreas Schröder; Andreas Schubert; Manfred Schubert; Mario Schubert; Sophie-Viktoria Schubert; Wilfried Schubert; Norbert Schuerhoff; Tom Marvin Schulenberg; Jens Schulte; Martin Schulte; Marco Schulz; Steffen Schulz; Alexander Schulze; Michael Schunko; Christian Schuppel; Wolfgang Schuschel; Martin Schuster; Frank Schwab; Josef P. Schwaiger; Markus Schwaigerer; Andrea Schwarz; Dennis Schwarz; Oliver Schwarz; Bernd Schwarzenberger; Matthias Schwarzkopf; Heribert Schweinsberg; Bernhard Schweitzer; Jörg Schwenkglenks; Gerhard Schwind; Stefan Schwind; Wayne C. Schwing; Joseph Sciamanna; John W. Scillin, Jr.;Christopher L. Scott; Donald K.

Scott; James Scott; James D. Sealy, Jr.; Kevin M. Sears; Benjamin Sebastian; Frank Sedlmayr; Gerd Sedlmayr; Elmar Seeberger; Robert S. Seely; Kirpa Seetharam; Reinhard Seggelke; Maria Seguias; Viktor Sehmann; Ken Sieberhagen; Frank Seifert; Bettina Seiffert; Felipe Daniel Seisdedos; Michael Seller; Wolfgang und Natascha Sembacher; Joseph Scott Sembar; Peter Semper; Ersan Sener; Lee Senese; Jereth Senese IRA; Marie Senesa IRA; Jereth Senese & Marie Senese JTWROS; Ali Sengül; Sandy Senkowski; Alejandro L. Serra; Frank Von Seth; Jeffrey Seul; René Seume; Jashar Seyfi; James Seymour; Dr. Bernhard F. Seyr; Jimmy Shadburn; Alkesh Shah; Atik Shah; Dipesh S. Shah; Milan Shah; Nilesh Shah; Artur Shahenian; Michael F. Shamel; Ashok Shanmugam; Kevin Sharp; Faye Branham Sharpe; Robert Shea; Robert Dean Shepard; James Sheppard; Herb Sherden; Kenneth Todd Sheridan; Frank H. Sherwood; Allan Sheyman; Derek Shilling; Yuen Leng Shim; Dale Shirai; Steve Shochet; Zachary D. Short; Santosh Shrestha; Jacob Shub; Priti Shukla; Marcos Jiménez Sicardo; Adlhock Siegfried; Florian Sies; Karsten Sievers; Martin James Silva; Rafael Da Silva; Andrew Simkus; David H. Simmons; Michael Simmons; Garschhammer Simon; Karl Simon; Martin Simon; Wolfgang Simon; Melanie Simon; Allan Simons; Amrawattie Singh; Anita Singh; Deepak Singh; Devindra Singh; Goordat Singh; Gurjinder K. Singh & Satvinder Singh; Surendra P. Sinha; Kathryn Susan Sizemore; Jürgen Skiba; Adele Elizabeth Skotte; David Smaka; Marco Smetiprach; Carlos Smith; Claudia J. Smith; Douglas F. Smith; James R. Smith; Jeff A. Smith; Joe M. Smith; John C. Smith; Phillip L. Smith; Russell Lee Smith; Terry R. Smith; Timothy James Smith; Todd C. Smith; Amit Sogani; Eugene Young Sohn; Christian Alexander Soly; Benjamin sommer; Erik Sommer; Marten Sommer; Uwe Sommerlatt; Stefan Sommerschuh; Dirk Sondermann; Gurbinder Sondh; Derrick Younghoon Song; Huan Huan Song; Susheet Sood; Kia Soomann; Ronald Soßdorf; Cristian Gabriel Ramirez Sotomayor; John N. Sottrel; Mark Edward Souter; Douglas K. Southard; Lora A. Southard; Ilse Spanagel; Peter Spanagel; Friedrich Spatz; Tobias Specht; Michael B. Speck; Dieter Spelge; Loan T. Spencer; Robert D. Spencer; Scott Spencer; William B. Spencer; Michael Spengel; Wolfgang Sperber; Jascha Sperl; Kai Sperling; Maiken Spiller; Kevin Craig Spittle;

Martin Sprick; Daniel William Sprock; Michael D. Spude; Scott Spude; Deepak Sridhara; Ragadeep Sriperumbudur; Michael Sroka; David Stacey; Horst Gunnar Stach; Thomas Stadlbauer; Carsten Staeger; Maik Stahl; Keith Stalker; Michael B. Stalsby; K.R. Stanfill; Kenneth Stanfill; Andre Stange; John Stanton; Levere Frank Starner; Brian Starnes; Tom and Clarissa Statler; Robert Staub; Johannes Steck; Waynmon Steed; Shaun Steele; William M. Steele, III; Robert Stefan; Christoph Stegerwald; Uwe Stegmann; Thomas Steigerwald; Benjamin Stein; Oliver Stein; Benjamin Steinbring; Susanne Steiner; Michael Steinfeld; Michael Steinke; Jandak Steinmetz; Louis Johannes Steinsberger; Carsten Steller; Bradford Kenneth Stellenwerf; Marco Stelter; Regina Stelzner; Heinz Stengel; Stu Stengel; Thilo Stenglein; Peter Sterk; Foo Ngiap Joon Steven; Dawne Maureen Stevens; Esther Gail Stevens; Mark P. and Laura L. Stevens; Richard Dale Stevens; Richard Samuel Douglas Stevens; Robert Stevens; Robert Glen Stevens; Robert James Stevens; Anthony K. Stewart; Donald R. Stewart; Marshall R. Stewart; William Scott Stewart; John Stidolph; Lora Stidolph; Sebastian Stobaeus; Christian Stoehr; Michael Stoeneberg; Ivan Stojanovi?; Michael Stoll; Ulrich Stölzle; Achim Hubert Storck; Robin Stoss; Thomas Dean Stow; Eberhard Stracke; Norbert Strangalies; Michael Straßberger; Wilfried Strassnig; Christian Strate; Sandro Veit Straub; Gerald Strauß; Mary Strecker; Mark Streitbörger; Michael Strenz; Jennifer Stringfellow; Walter Stringfellow; Sandra Strohmaier; Jerry L. Stroud; David Stuart; Gaby Stuber; Günther Stuermer ; Armin Stulier; Peter Stulz; Stefanie Stumpf; Tracy N. Sturchio; Richard G. Sturley; Stanton S. Stuurmans; Dr. Raj and Sarika Subnani; Kishore Subnani, MD; Rakesh Subnani; Sanjeev Subnani; Sarika Subnani; Raj Subnani, MD; Rajesh Subramanian; Dale Everett Suder; Katherine Rabon Summers; Warren Sumner; Aruna Jyothi Sunkara; Pong Chiu Sun Sunny; Aswinder S. Suri; Mika Süss; Rudolfine Süßmeier; Peter Suszka; Cassandra Sutton; Eigner Sven; Daniel Svetlik; Sivaraman Swaminathan; David Swanson; Leonard Swofford; Kent S. Szabo; Marek Szczupak; Steven Szorcsik; Mariusz Szrek; Jonathan Tabak; Ron Tach; Joseph M. Takach; Nobuo Takeuchi; Yuka Takeuchi; Chang Tam; Edwin Tan; Shutai Tan; Lester G. Tanguis, III; Aslan Tanriverdi; Neesha Tapiawala; Nikisha

Family Trust-Mukul Tapiawala; Nilam Tapiawala; Trupi Mehta and Nilam Tapiawala; Kathleen Tarver; Edmond Tasellari; Daniel Taylor; J Michelle Taylor; James Taylor; Michael Liu Taylor; Larry Tazuma; Larry Tazuma, Tax Preparer: Amigos Investment Club LLC; Cole S. Tedhams; Ajay Tejpal; Donald R. Telford & Mary E. Telford, As Trustees of the Telford Family Trust; John Patrick Temblador; Birol Temizdemir; Maurice Teunissen; Arun Thach; Sven Thamm; Roger Thäns; Eddie & Eva Thatcher; Steffen Theil; Ronny Thiel; Ingo Thiele; Simone Thiemann; Anita Thiessen; Victor Thiessen; Victor & Anita Thiessen; Bobby Thomas; Fritsche Thomas; Furgoll Thomas; Josh Thomas; Leon E. Thomas; Margaret Thomas; Pildner-Steinburg Thomas; Soya Thomas; Wieser Thomas; Allison O'Neill Thomas; Trey Thomas; Simon Thomas Jr.; Kelley Deshaun Thompson; Dale Thomsen; Sonja Thonhofer; Jürgen Thorick; Steffen Thormann; Gary Thorsen; Keith L. Thrapp and Helen M. Thrapp; Bala Reddy Thumma; Suneetha Thumma; Sieglinde Thurau; Dr.Heiner Thüroff; Andrew Tichow; Michael Tierney; Duc Tieu; Philip Tignino Sr.; Michael Dean Tilton; Heim Timo; Jeremy Ting; Luu Tinh; Kevin Tinsley; Lynette M. Tinsley; Sai Prasad Tiruvuri; Luca Többens; Manuela Többens; Michael Többens; Tobias Többens; Kohl Tobias; Fred Toder; Georg Toeroek; Eric Anthony Tokash; Robert E. Tomasso; Roger Humphrey Tompkins; Donny Tong; Eric W. Topinka; Jack Torkieh; Philip Toronto Sasha D. Torrey; Eichelkraut Torsten; Wiesenäcker Torsten; Tobias Torzewski; Marilyn Toscano; Matthew Tracy; Wlliam & Lisa Tracy; Ronald Traenkler; Clifton Theador Tramble; Darrell Wayne Tramble; Donetta Joann Tramble; Michael Elliott and Dirk Trampert; Duc Trang Tran; Dzu K. Tran; Huu Tran; Kim Tran; Nghia Q Tran; Ryan Q. Tran; Steven Tran; Tom Tran; Van-Quan Tran; Friedrich Traub; Kenneth G. Treece; Thomas W. Tribble; David S. Tribolet; Du Trinh; Antonio Triolo; Thomas Triska; Werner Triska; Jeremy F. Trotter; Michael Trowe; Lukas Trowski; Michael Allan Trumblee; Andy Truong; Hung N. Truong; Daniel Tschan; Lai Chung Tse; Ioannis Tsigaropoulos; Robert Tuchol; Noyan Tulmen; James J. Tumbleson; Matthias Tunze; Tony Tuong; Cem Türk; Todd Thomas Turley; Tracy a. Turman; Cengiz Turna; Chris Turowski; Tuyetle; Kevin Twa; James Tway; Leslie Wayne Tyner; Michael J. Udut III; Wolfgang Ueblacker;

Musa Ugur; Troy Alexander Uhlman; Jens Uhlmann; Helge Uhrig; Henryk Ulatowski; Maciej Ulatowski; Syed Furqan Ulhameed; Jan Ullbrich; Nils Ullmann; Aubele Ulrich; Deborah E. and Stephen G. Ulsund; Selahattin Unal; Abhay Upadhyaya; Matthew Upham; Karsten-ürgen Koch; Begoña Mazagatos Uriarte; Pedro Mazagatos Uriarte; Luz Marina Uribe; Marc S. Uribe; Markus Ursprung; Chetan T. Urunkar; Mehmet Emin Uslu; Tevfik Ender Uygur; Oemuer Uzman; Jayapaul Reddy Vadicherla; Gennadi Vaisman; Anthony Valentine; Al Valimohamed;Laurel Valin; Vincent Vallloppillil;Fernando Valois; James E. Valsa; Shu-Jui Valvo; Laura Marie Vandegrift; Ann Vanderlaan - William P Vanderlaan; ValentinVarga; Anil Varghese; Sandra Vartanian; James Phillip Vaughns; Jonathan Lee Vedder;Christiaan Veerman; Jaime A. Diaz Velasco; Stamena Velickovic; Ramnik B. Velji; PedroJesus Lopez Villanueva; Kim M. Veloso; Vance A. Venanzio; Henry Verdejo Jr.; Irma Verebi; James R. Veser and Rebecca Veser; JameR. Veser; Jonathan Veser; Julia Veser; Rebecca M. Veser; Louis VestutoMary Vickers; Michael R. Victor; Gert Vieider; John & Virginia Villalobos; Ryan Villaron; Mark Vipond;Stephan Vital; Michael A. Vitello; Arnaldo Vizcaya; Adrian Vlad; Kupanovac Vlado; Ludo C. Vleeshhouwer; Donna Dinh Vo; Linh Khanh T. Vo; Doanh Le & Dung Vo; Andreas Vobis; Reinhold Voetz; Erich Vogt; Dennis Voigt; Hannes Volgger; Avery Volkman; MichaelVolkman; Konstantin Volkov; Lothar Voll; Gerd Vollberg; Olaf Vollmer;Norbert Volpp; Frank Vomberg; Bonnie L. von Rinteln; James J. von Rinteln; Michael Vorsino; Trang T Vu; Tai-Phan Vuong; Sebastian Wachhorst; Rob Wadzinski; Andreas Wagemaker; Uwe Wagemann; Bhalchandra Wagh; Alexander Wagner; Edward James Wagner; Gary Wagner; Hildegund Wagner; LotharWagner; Stefan Karl Wagner; Timo Wagner; Erich Waibel;Martin Waibel; Renate Waibel; Dirk Waigel; Gordon Wakefield; Mark Francis Wakeford; Marek Walcki; Stefan Walk; Keith Eric Walker; Ken Walker; Karen D. Walker-Pugh; Scott Wallace; WilliamH. Wallace; Gerlad Wallner; Christopher L. Walls; Israel Walls;J. Michael Walls; Roland Walter; Ed Walters;William O. Walters; Emma M. Waltman; Jens Wandner; Jing Wang; Shyh-Yau Wang; Tao Wang; Yang Wang; Michael Wansner; Bradley Ward; Daniel T. Ward;Tina L. Ward; Fabian Warnke; Marcus

Wartmann; Michael Warwick; Lars Wassenaar;Christian Wassmer; Amit Kumar Wasson;Jerry E. Webb; Daniel Weber; Joel Wecker; Stefan Weckmann-Kaffarnk; Christian Wehlmann; Donal R. Weiler, Jr.; Alexander Weimann; Michael Wein;Valerie Weinberg; Stev Weinrich; Meredith Prevor-Weiss and Ronald Weiss; Johann Weiß; Robin Weisse;Diana Weissleder; Steve Weisshahn; Diana Weissleder; Andreas Weitz;David J. Welker; Harold Burnell Welland; Clinton J Wells; Anton Welti; Ramon Weltin;Ida Weninger; Waldemar Wensker; Patrick Wenzel; Monika Wenzl; Teruwork Werkene; Andreas Werkmann; Michael Werner;Harold D. Werntz; Dennis Wessel; Daniel C. West; Paul West; Sabine Westendorf; Sieglinde Westendorf; Thomas Westermann; Meike Westphal; Torsten Westphal Leonard C. Westra; E. Scott Wetzel, III; Donald R. Weyler Jr.; Douglas C. Wheeler; Richard J. Wheeler & Dorothy J. Wheeler; Keri Whitaker; Mary E. White; Ramon Vincent White; David C. Whitlock; John Whitman; Marcel Wieandt; Torsten Wiegand; Edwin Arthur Wieger IV; Martin Wiegmann; Gerhard Wieland;Andreas Wieser; Christian Wieshofer; Thomas Wiesneth; Russell Wiitala; Donald R. Wilcox; Heather Wilcox; Susanne Wild; Silas Thayer Wild IV; Silas T Wild,Jr; Deborah Wiley; John L. Wiley; Thomas Wilimsky; Morris Wilisch; Barry Wilkey; Cynthia Willhite; Jason Lloyd Williams;Jim Williams; Winston S. Williams; Rico Y. Willkom; Eric Y. Willkom, Jr.; Oliver Willms; Thomas Wilmsky; Carter Edward Wilson III and Esperanza P Wilson, JTWROS; Christopher and Christine Wilson; Gregory R. Wilson; Leslie Wilson;Rand Wilson; Reginald D. Wilson; Ronnie Wilson; Marc Winster; Holger Winter; Sebastian Wirtz; Marriane Wissa; Florian Clemens Wissing; Sebastian Clemens Wissing; Bjoern Witt; Carsten Witt; Klaus Thorsten Witt; Achim Woemer; Peter Wohlfahrt; Peter und Sabine Wohlfahrt; Sabine Wohlfahrt; Stefan Wohlfel; Daniel Wohlrath; Dietmar Woiski;Barbara Woite; Alvin Wolcott; Birgitta Wolf; Greda Wolf; Michael Wolf; Schmidt Wolfgang; Allen Wong; Bryan Wong; Clayton James Wong; Clement King Ying Chan and Polly Po Lin Wong; Erika Wong; Jason Wong; Kim Ket Wong; Chih C. Woo; Donna A. Woodburn; Jason Woodford; Joseph Woodske; Josie Woodward; Warren Davis Woodward; Michael Woodworth; Edward R and Laura Wootton, Jr.; James L. Worley;Nancy C.

Worthington; Byron Wreaks; Aaron Wright; Ryan Wright; Stephen Charles Wright; Stefan Wrublewski; Jason Wrye; Agnes Wu; Gordon Wu; Ivan Yu-Chung Wu; Paul Wu; Kimberly A. Wurster; Mark E. Wurster; Michael Wust; Carl L. Wyant; Janet Wynn; Lisa A. Wyzlic; Qing Ming Xiao; Mei Qin Xie; Xianhua Xu; Randy Xuereb; Surya N. Yanamandra; Hui Yang; Regine Yang; Kwei Yap; Ilhan Yarar; Andre Yassin; Terry Yates; Orhan Yatman; Jack K. Yau; Wing Yau; Moshe Yavor and Marcy Yavor; Erdem Yavuz; Chiwah Yen; Colin Yen; Richard H. Chow & Chiwah Yen; Lau Sai Ying; Wei Yongtao; Cem Yorulmaz; Nobuyoshi Yoshida; Chris S Young; David Young; Kenneth B. Young; William H. Young; William D. Young, Trust; Lorna K. Younts; Richard Yu; Song H. Yu & Julia C. Yu (Joint Account); Song H. Yu; Chan Sou Yuen; Kemal Yurtkuran; Edward Zahorsky; Natalia Izquierdo Zaldua; Yuriy Zaloznyy;Louie A. Zanardi; Birgit Zander; John Zandi; Mary Candee Zaunbrecher; Foued Zayani; Alexander Zaytsev; Thomas Allen Zebley; Mark Zeidan; Christian Zeiner; Timothy John Zelenka; Dan Zendejas; Luz Zendejas; Zenny Zendejas; Jennifer Zhang; Jian Hua Zhao; Jiang Zhao; Sheng Zheng; Stephan Zieringer; Fosco Zilli; Daniel Zimmermann; Joachim Zimmermann; Manfred Zimmermann; Michael-Thomas Zimmermann; Tyler Zinck; Olaf Zink; John Frank Zitello; Alex Zlotnik; Maya Zlotnik; Christopher M. Zmuda; Richard E. Zollner, Jr.; Johannes Zopfi; Christopher Zrike; Wolfgang Zuechner; Heinz Zündorf; David Zysk