# EXHIBIT A

# Elliott Greenleaf

www.elliottgreenleaf.com
A Professional Corporation

1105 Market Street, Suite 1700
P O Box 2327
Wilmington, Delaware 19899
Phone: (302) 384-9400 • Fax: (302) 384-9399

March 25, 2010

**VIA HAND DELIVERY**
Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Unit 19
Wilmington, DE 19801

    Re:    **Washington Mutual, Inc.,** *et al.* **Appeals**
               **Case Nos. 1:09-cv-615, 1:09-cv-656, 1:09-cv-734, & 1:10-cv-061**

Dear Chief Judge Sleet:

    This letter is submitted jointly by counsel to Washington Mutual, Inc (along with WMI Investment Corp., the "Debtors"), JPMorgan Chase Bank, N.A., and the Federal Deposit Insurance Corp., as receiver for Washington Mutual Bank, (collectively, the "Parties"), in the above-captioned appeals and proceeding (the "Actions") and in the Debtors' pending chapter 11 cases.

    On March 12, 2010, the Parties announced on the record before the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") that they had reached an understanding, subject to definitive documentation, that would potentially resolve all of their disputes, including the Actions. Although the Parties are optimistic that they will be successful in finalizing their agreement, there is no absolute certainty in this regard or that the Bankruptcy Court will approve any agreement presented to it.

    Given these developments, we are writing jointly to respectfully request that the Court temporarily stay or "freeze" the Actions to permit the Parties to focus on finalizing their agreement. Subject to the approval of the Court, the Parties agree that it is in all Parties' interest to preserve the status quo in the Actions until the agreement is either finalized or abandoned.

Honorable Gregory M. Sleet
March 25, 2010
Page 2

The Parties would of course be available for a telephonic (or in-person) status conference if the Court desires.

Respectfully submitted,

*(signature)*

Neil R. Lapinski, Esq.
*Counsel for the Debtors*

*(signature)*

Adam G. Landis, Esq.
*Counsel for JPMorgan Chase Bank, N.A.*

_____

Jaime N. Luton, Esq.
*Counsel for the Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank*

Honorable Gregory M. Sleet
March 25, 2010
Page 2

The Parties would of course be available for a telephonic (or in-person) status conference if the Court desires.

Respectfully submitted,

Neil R. Lapinski, Esq.
*Counsel for the Debtors*


Adam G. Landis, Esq.
*Counsel for JPMorgan Chase Bank, N.A.*


Jaime N. Luton, Esq.
*Counsel for the Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank*