# **EXHIBIT D**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            )
*In re*                                                     )
                                                            ) Chapter 11
WASHINGTON MUTUAL, INC., et al.[1]                          )
                                                            ) Case No. 08-12229 (MFW)
              Debtors.                                      )
                                                            ) Jointly Administered
                                                            )
------------------------------------------------------------)
                                                            )
OFFICIAL COMMITTEE OF EQUITY                                )
SECURITY HOLDERS,                                           ) Adversary Proceeding No. 10-50731 (MFW)
                                                            )
              Plaintiff                                     )
                                                            )
       - against -                                          )
                                                            )
WASHINGTON MUTUAL, INC.,                                    )
                                                            )
              Defendant                                     )
------------------------------------------------------------X

**DECLARATION OF JOHN MACIEL, SENIOR DIRECTOR OF
WASHINGTON MUTUAL, INC. IN CONNECTION WITH DEBTORS'
OPPOSITION TO EQUITY COMMITTEE'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, John Maciel, hereby declares, under penalty of perjury:

1. I am the Chief Financial Officer of Washington Mutual, Inc. ("WMI") and a Senior Director of Alvarez & Marsal. As WMI's Chief Financial Officer, I am responsible for WMI's corporate accounting and treasury functions, among other things. I am familiar with WMI's businesses, financial affairs, and day-to-day operations.

2. I submit this declaration in support of WMI's and WMI Investment Corp.'s (with WMI, "Debtors") Opposition to the Official Committee of Equity Holders' Motion for Summary Judgment.[2]

3. If called to testify, I would testify to each of the facts set forth herein.

4. On September 26, 2008, the Debtors each commenced a voluntary case pursuant to chapter 11 of title 11 of the United States Code. I have personal knowledge concerning the Debtors' assets and liabilities, including the claims filed against the Debtors' estates in the Chapter 11 Cases.

5. I hereby incorporate the evidence that was submitted to the Court in connection with presenting to the Court the Debtors' Motion to Disband concerning the Debtors' assets and liabilities.

6. Moreover, there is currently $7.5 billion in preferred shares outstanding ahead of common shareholders. In addition, there are more than $835.6 million in unpaid dividends on these preferred shares that would need to be paid before any common shareholder recovery.

I certify that the foregoing statements are true and correct to the best of my knowledge information and belief.

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

[2] Capitalized terms not immediately defined shall have the meanings ascribed to them in the Motion.

Dated: April 7, 2010
      Wilmington, Delaware

/s/ _John Maciel_
John Maciel
Senior Director - Alvarez & Marsal