# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
                                                      :
In re:                                                :    Chapter 11
                                                      :
WASHINGTON MUTUAL, INC., et al.,                      :    Case No. 08-12229 (MFW)
                                                      :    (Jointly Administered)
                                         Debtors.     :
                                                      :    Related Dkt. No. 2501
-----------------------------------------------------X
-----------------------------------------------------X
OFFICIAL COMMITTEE OF                                 :
EQUITY SECURITY HOLDERS,                              :    Adv. Proc. No. 10-50731(MFW)
                                                      :
Plaintiff,                                            :
                                                      :
                                                      :
v.                                                    :    Related Dkt. No. 3//9
WASHINGTON MUTUAL, INC.,                              :
                                                      :
Defendant,                                            :
                                                      :
-----------------------------------------------------X
```

## ORDER

Upon the motion, dated March 11, 2010 (the "Motion"), of the Official Committee of

Equity Security Holders (the "Equity Committee"), the plaintiff herein, for an order granting

summary judgment, or in the alternative, for relief from the automatic stay, and a memorandum

of law in support thereof; and the Court having jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334; and the relief granted herein being a core proceeding pursuant to 28

U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and

Washington Mutual, Inc. ("WMI"), the defendant herein, having (1) answered the complaint

herein and filed a counterclaim (the "Counterclaim") with respect thereto, and (2) interposed an

opposition to the Motion and the relief requested therein (the "Opposition"); and the Equity

Committee having filed a reply to the Opposition (the "Reply"); and the Court having scheduled

a hearing for April 21, 2010 (the "Hearing") to consider solely the issue of the applicability of

the automatic stay imposed by operation of section 362 of title 11 of the United States Code (the

"Bankruptcy Code"); and the Court having duly considered the relevant portions of the Motion,

the Opposition and the Reply, and the testimony and the arguments presented at the Hearing; and

the Court having determined that section 362 of the Bankruptcy Code is inapplicable to the relief

requested in the Motion; upon due deliberation, good and sufficient cause appearing therefore, it

is hereby **ORDERED** that:

1. The automatic stay imposed by operation of section 362 of the Bankruptcy Code is

inapplicable to an action by any one or more shareholders of WMI including, without limitation,

members of the Equity Committee, in the state courts of the State of Washington seeking to

compel WMI to hold an annual shareholders meeting and any relief related to such action;

provided, however, that the foregoing is without prejudice to the rights of WMI to contest the

relief requested in any such action and in any such court.

2. The relief granted herein does not affect, nor is it intended to affect, the rights of WMI

with respect to the Counterclaim and the Equity Committee to oppose the relief requested in the

Counterclaim.

3. The Court retains jurisdiction to enter further orders as necessary to accomplish the

purposes of this Order.

Dated: Wilmington, Delaware
     April 26, 2010

                             _____
                             The Honorable Mary F. Walrath
                             United States Bankruptcy Court Judge

US_ACTIVE:\43374557\02\79831.0003