# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC., *et al.*,[3]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,<br><br>                      Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.,<br><br>                      Defendant. | Adv. Pro. No. 10-50731 (MFW) |

## ORDER SCHEDULING ORAL ARGUMENT

**AND NOW**, this ___ day of _____, 2010, having considered the *Application of the Official Committee of Unsecured Creditors for Oral Argument* (the "Application") filed in connection with *The Official Committee of Equity Security Holders' Motion for Summary Judgment, or In the Alternative, for Relief from the Automatic Stay* [Adv. D.I. 3] (the "Motion for Summary Judgment"), and any opposition thereto, and due and proper notice having been given,

**IT IS HEREBY ORDERED** that the Application is **GRANTED**, and

---

[3] Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

{00398721;v1}

**IT IS HEREBY FURTHER ORDERED** that the Court will convene a hearing on _____, 2010 at __:00 __.m. (prevailing Eastern Time) at which time the Court will receive oral argument on the Motion for Summary Judgment and any opposition thereto.

_____
The Honorable Mary F. Walrath
United States Bankruptcy Court Judge