## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that on May 20, 2010, I caused one copy of the foregoing document to be served upon the parties on the attached service list in the manner indicated.

/s/ Gregory A. Taylor
Gregory A. Taylor (#4008)

{00389097;v1}

**HAND DELIVERY**
Mark D. Collins
Chun I. Jang
Lee E. Kaufman
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**HAND DELIVERY**
David B. Stratton
Evelyn J. Meltzer
John H. Schanne, II
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

**U.S. MAIL**
Fred S. Hodara
Robert A. Johnson
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036

**HAND DELIVERY**
Joseph J. McMahon, Jr.
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox #35
Wilmington, DE 19801

**U.S. MAIL**
Marcia L. Goldstein
Brian S. Rosen
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153