# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1] :
: Case No. 08-12229 (MFW)
:
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 25, 2010, counsel for the above-captioned debtors and debtors-in-possession (the "Debtors") caused a copy of the **Debtors' Objections and Responses to the Official Committee of Equity Security Holders' First Request for Production of Documents and Interrogatories** to be served via first class mail or hand delivery, as applicable, on counsel of record as set forth on the attached Exhibit 1.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

RLF1 3585279v. 1

Dated: June 25, 2010
Wilmington, Delaware

/s/ [signature]

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Drew G. Sloan (No. 5069)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Marcia L. Goldstein
Brian S. Rosen
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and
Debtors in Possession*

## EXHIBIT 1

## Service List

**Via Hand Delivery**

William P. Bowden
Gregory A. Taylor
Stacy L. Newman
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899


**Via First Class Mail**

Stephen D. Susman
Seth D. Ard
Susman Godfrey, L.L.P.
654 Madison Avenue, 5th Floor
New York, NY 10065

Parker C. Folse, III
Edgar Sargent
Justin A. Nelson
Susman Godfrey, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101