# **EXHIBIT C**

**EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | x | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| WASHINGTON MUTUAL, INC., et al. | : | Case No. 08-12229 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |
| OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Adv. Pro. No. 10-50731 (MFW) |
| | : | |
| WASHINGTON MUTUAL, INC., | : | |
| | : | **Re: Docket No. _____** |
| Defendant | : | |
| | x | |

## ORDER GRANTING DEFENDANT WMI'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Upon consideration of the *Motion to Compel Production of Documents* (the "Motion") filed by defendant Washington Mutual, Inc. ("WMI"); the Court finding that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (iii) notice of the Motion was sufficient under the circumstances and no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. On or before August 12, 2010, the Official Committee of Equity Security Holders

(the "Equity Committee") shall produce documents responsive to Request Number 18 of the Document Request,[1] as narrowed, as described in paragraph 4 of the Motion.

3. The Equity Committee's deadline to produce documents as set forth in paragraph 2 hereof may be extended with WMI's written consent.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2010
       Wilmington, Delaware

                                          THE HONORABLE MARY F. WALRATH
                                          UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.