IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al. | : | Case No. 08-12229 (MFW) |
| Debtors. | : | Jointly Administered |
|  | : |  |
| OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, | : |  |
| Plaintiff, | : |  |
| v. | : | Adv. Pro. No. 10-50731 (MFW) |
| WASHINGTON MUTUAL, INC., | : |  |
| Defendant | : |  |

## CERTIFICATE OF SERVICE

I, Tyler D. Semmelman, do hereby certify that on July 20, 2010, I caused a copy of the foregoing **Motion to Compel Production of Documents** to be served on the following parties in the manner indicated below:

RLF1 3592159v. 1

| **Via Hand Delivery** | **Via First-Class Mail** |
|---|---|
| Bradford J. Sandler<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF<br>222 Delaware Avenue, Suite 801<br>Wilmington, Delaware 19801-3582 | Fred S. Hodara<br>Robert A. Johnson<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036 |
| William P. Bowden<br>Gregory Alan Taylor<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899 | Parker C. Folse, III<br>Edgar Sargent<br>Justin A. Nelson<br>SUSMAN GODFREY, L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101 |
| David B. Stratton<br>John H. Schanne, II<br>Evelyn J. Meltzer<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 1500<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709 | Stephen D. Susman<br>SUSMAN GODFREY, L.L.P.<br>654 Madison Avenue, 5th Floor<br>New York, New York 10065 |
| Joseph McMahon<br>OFFICE OF THE U.S. TRUSTEE FOR THE DISTRICT OF DELAWARE<br>844 N. King Street<br>Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801 | |

/s/ Tyler D. Semmelman
Tyler D. Semmelman (No. 5386)