# EXHIBIT 3

**Edgar G. Sargent**

| | |
|---|---|
| From: | Edgar G. Sargent |
| Sent: | Wednesday, July 14, 2010 12:41 PM |
| To: | Edgar G. Sargent; 'Chun I. Jang'; 'Marcos A. Ramos'; 'Mark D. Collins'; 'Adam Schloss'; 'Brian S. Rosen'; 'Marcia L. Goldstein'; 'Michael F. Walsh' |
| Cc: | Rose Dolan; Steve Susman; Jacob W. Buchdahl; Seth Ard; Genevieve Vose; Justin A. Nelson; Parker Folse; 'Gregory Taylor (Ashby & Geddes)'; 'WBowden'; Lindsey N. Godfrey |
| Subject: | RE: EC's Responses to Doc Requests |

## Adam,

Thanks for the call this morning. Just to confirm what we discussed, I understand that the Debtors will not proceed with the depositions of Mr. Willingham and Esopus Creek that we have offered for next week (July 20th and 22nd.) You will not proceed despite our agreement to allow you to reopen the depositions if the Court orders the EC to produce additional documents as a result of a motion to Compel or if we agree to produce additional documents without a Court order.

I also understand that the Debtors are preparing a motion to compel production of documents in response to request no. 18, in particular documents sufficient to show assets held by each member of the EC. In order to avoid the need for motion practice on this issue, the EC will agree to stipulate as follows if the Debtors will agree to drop any request for information about individual members' assets: If a shareholder meeting is called for Washington Mutual, Inc., no member of the Equity Committee, either in a personal capacity or as a Committee member, will contribute any personal assets to fund a proxy contest, nor will Esopus Creek Value, LP, any of its directors, or any of its affiliates contribute any assets to any such contest.

8/2/2010

Let me know if the Debtors will enter into this agreement.

I've been pulled away from working on the production to focus on this issue for the last couple of hours so I now doubt that I will be able to get the docs out to you by the FedEx deadline today. Given that we are not going forward with next week's depositions, I assume that an additional day will not cause any hardship on your end. You should expect them in Friday morning's FedEx. The volume is not large, probably between two hundred and three hundred pages.

Regards,

Edgar Sargent

---

**From:** Edgar G. Sargent
**Sent:** Friday, July 02, 2010 12:44 PM
**To:** 'Chun I. Jang'; 'Marcos A. Ramos'; 'Mark D. Collins'; 'Adam Schloss'; 'Brian S. Rosen'; 'Marcia L. Goldstein'; 'Michael F. Walsh'
**Cc:** Rose Dolan; Steve Susman; Jacob W. Buchdahl; Seth Ard; Genevieve Vose; Justin A. Nelson; Parker Folse; 'Gregory Taylor (Ashby & Geddes)'; 'WBowden'; Lindsey N. Godfrey
**Subject:** EC's Responses to Doc Requests

Adam,
Attached is a copy of the EC's Responses and Objections to the Debtors' document requests in the adversary proceeding.

Thanks for agreeing to service by email for purposes of the adversary case. As I said on the phone, the agreement is of course reciprocal and we will accept service by email as well. In addition to myself, please include the individuals on the CC line above from Susman Godfrey and Ashby & Geddes on all email service.

I will get back to you shortly with proposed dates for depositions.

Enjoy the holiday weekend,

Edgar Sargent