# EXHIBIT 4

**Edgar G. Sargent**

| | |
|---|---|
| **From:** | Edgar G. Sargent |
| **Sent:** | Friday, July 16, 2010 8:17 AM |
| **To:** | 'Chun I. Jang'; 'Marcos A. Ramos'; 'Mark D. Collins'; 'Adam Schloss'; 'Brian S. Rosen'; 'Marcia L. Goldstein'; 'Michael F. Walsh' |
| **Cc:** | Rose Dolan; Steve Susman; Justin A. Nelson; Seth Ard; 'Gregory Taylor (Ashby & Geddes)'; Parker Folse |

**Subject:** Docs and other issues

# Adam,
# Just tried to reach you and had to leave a message with your assistant. I'd like to try and get a resolution on the confidentiality issue I raised yesterday asap so I can get these documents produced to you. I also have not heard back from you on the proposed stipulation resolving the dispute over production of the EC members personal financial records.

We will be presenting these issues to the Court in a filing in advance of next Tuesday's hearing if we haven't been able to resolve them with you first. I would really appreciate hearing back so I can at least represent your position as something other than "no comment." You can reach me on my cell, 206-769-9039, if you don't get me at the office, 206-516-3895.

Best,

Edgar