# **EXHIBIT 5**

**Edgar G. Sargent**

| | |
|---|---|
| From: | Edgar G. Sargent |
| Sent: | Tuesday, July 20, 2010 8:43 AM |
| To: | 'Chun I. Jang'; 'Marcos A. Ramos'; 'Mark D. Collins'; 'Adam Schloss'; 'Brian S. Rosen'; 'Marcia L. Goldstein'; 'Michael F. Walsh' |
| Cc: | Steve Susman; Rose Dolan; Parker Folse; 'Gregory Taylor (Ashby & Geddes)'; 'wbowden@ashby-geddes.com'; Justin A. Nelson; Genevieve Vose; Lindsey N. Godfrey; Jacob W. Buchdahl; Seth Ard |
| Subject: | WaMu shareholder discovery |

# Adam

# Brian just told the Court that you will be filing a motion to compel in the shareholder action later today. Could you let me know what this is about?

If you are still pursuing the personal financial records of the EC members, I would like to get a response to the stipulation I proposed last Wednesday. Since that time you have neither returned any of my phone calls nor responded to any of my emails on the subject. As I understood your position in our one substantive discussion of this issue, the stipulation should have resolved your concerns. At the very least, we have an obligation to the Court to determine what our differences are before either of us files a discovery motion. I've been trying to do that for the last seven days and have not heard a single word back from you.

I would also appreciate hearing from you on the confidentiality agreement so that we can produce the documents you requested.

You have my contact info.

Edgar