# EXHIBIT 6

Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

See a sample reprint in PDF format.    Order a reprint of this article now

# THE WALL STREET JOURNAL.
WSJ.com

MANAGEMENT | AUGUST 5, 2010

# SEC Set to Open Up Proxy Process

By KARA SCANNELL

Shareholders are set to win the right this month to directly nominate directors on corporate ballots, a change that could dramatically change the board selection process at many companies.

The Securities and Exchange Commission is expected to make final a "proxy access" rule, allowing large shareholders to put their own nominees alongside the company's nominees, people familiar with the matter said.



Getty Images

Securities and Exchange Commission Chairman Mary Schapiro.

The SEC is expected to pass the rule 3 to 2, with the two Republican commissioners dissenting, the people said. The Republican commissioners also voted against issuing the initial proposal. A meeting is scheduled for Aug. 25, the people said.

For many years shareholder groups and unions have called on the SEC to allow proxy access, arguing that it would help them hold directors accountable.

Currently, if shareholders want to propose a slate of directors, they need to pay out of their own pockets for a separate proxy fight. Under the new rule allowing them to put their own nominees next to the company's, the company would foot the cost.

Business organizations say that proxy access would strengthen special-interest groups and let them meddle in the day-to-day operations of a company.

The SEC's rule won't give everyone the right to nominate directors. Under the language being drafted, shareholders would have to own a 3% stake in a company for at least two years to qualify, people familiar with the matter said. They cautioned that negotiations continue and the final details may change.

**Deal Journal**

Proxy Access: The Biggest Businesses Get Their Way

In 2009, the SEC proposed a staggered system that would have set the minimum stake at 1% for a large company, 3% for a midsize company and

5% for a small company, with a minimum holding period of one year.

The revised version with an across-the-board 3% rule follows a recommendation by the Council of Institutional Investors, which represents pension funds and other institutions with about $3 trillion in assets.

The U.S. Chamber of Commerce said in a letter denouncing access that it is "unwise" and "unnecessary." The Business Roundtable, a Washington organization of large company chief executives, also has objected.

Proxy access has been on the SEC's agenda for years. In 2003, then-Chairman William Donaldson proposed an access rule that was never made final. In 2007, then-Chairman Christopher Cox issued two opposite proposals, one granting access and the other preserving the status quo, and the commissioners voted for the status quo.



Bloomberg

Michael Dell, chairman and chief executive officer of Dell.

The current chairman, Mary Schapiro, put forward her proposal in July 2009, and she has promised to have a rule in place for next year's proxy season.

Under current rules, it is hard for dissident shareholders to unseat directors, although some still try. Just this week, two institutional shareholders said they would try to oust some directors at Occidental Petroleum Corp. over compensation and succession issues.

Also, two labor groups wrote to Dell Corp. shareholders urging them to withhold votes for Chairman Michael Dell. The groups cited the SEC's lawsuit against Mr. Dell over his alleged hiding of payments from chip maker Intel Corp. Mr. Dell paid a $4 million fine without admitting or denying wrongdoing. Such votes rarely succeed, although they can carry symbolic weight.

The financial-regulation bill signed by President Barack Obama last month explicitly gives the SEC the authority to set a proxy-access rule, clarifying a point of controversy, and also allows the SEC to exempt small companies from complying. It isn't clear how the SEC's final rule will handle that issue.

The Society of Corporate Secretaries and Governance Professionals, which says half of its members are smaller companies, says it hopes the SEC will give small companies the exemption because it is concerned they could be targeted by hedge funds.

**Write to** Kara Scannell at kara.scannell@wsj.com

Copyright 2009 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit
www.djreprints.com

Most Relevant
Most Recent
Publication Date
Today
Past 7 Days
Past Month
Past 2 Months
Past 3 Months
Past Year
All
All Sources
Newswires
Transcripts of News Programs
Press Releases
Transcripts of Conference Calls
Economics
Market Research
Legal
U.S. Politics
Sports
Emerging Markets Publications
WSJ Online/Real Time
Profiles of People
Country Profiles
Academic/Scientific Journals
Financial Markets Coverage
Corporate Blogs
Barron's
U.S. Business Publications
Asia Business Publications
European Business Publications
Top News Publications
Magazines and Journals
Accounting & Consulting
Advertising & Marketing
Airlines
Automobiles
Banking
Broadcasting & Entertainment
Computer Hardware
Computer Software
Construction & Real Estate
Consumer Goods & Services
Defense & Aerospace
Energy
Finance
Financial Services & Insurance
Health Care
Industrial Goods & Services
Internet Services
Media
Natural Resources & Commodities
Pharmaceuticals
Retail
Technology
Telecommunications
Transportation
Utilities
Africa
Americas
Art
AsiaPac
Books
Cars
Commodities
Crime & Legal Issues
Currencies
Education
Environment & Science
Europe
Fashion
Films
Food & Drink
Health
International Relations
M&A
Management
Middle East
Music
Personal Finance
Personal Technology

Regulation
Sports
Travel
US Economy
US Markets
US Politics
World Markets