IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
In re                                                : Chapter 11
                                                     :
WASHINGTON MUTUAL, INC., *et al.*,                   : Case No. 08-12229 (MFW)
                                                     :
                                                     : Jointly Administered
                     Debtors.                        :
------------------------------------------------------------X

------------------------------------------------------------X
MICHAEL WILLINGHAM and ESOPUS                        : Adv. Proc. No. 10-51297 (MFW)
CREEK VALUE LP,                                      :
                                                     :
           Plaintiffs,                               :
v.                                                   :
                                                     :
WASHINGTON MUTUAL INC., a                            :
Washington corporation,                              :
                                                     :
           Defendant.                                :
------------------------------------------------------------X

------------------------------------------------------------X
OFFICIAL COMMITTEE OF EQUITY                         : Adv. Proc. No. 10-50731 (MFW)
SECURITY HOLDERS,                                    :
                                                     :
           Plaintiff,                                :
v.                                                   :
                                                     :
WASHINGTON MUTUAL INC.,                              :
                                                     :
                  Defendant and                      :
                  Counterclaim Plaintiff,            :
and                                                  :
                                                     :
THE OFFICIAL COMMITTTEE OF                           :
UNSECURED CREDITORS OF                               :
WASHINGTON MUTUAL, INC. AND WMI                      :
INVESTMENT CORP.,                                    :
                                                     :
           Intervenor Defendant and                  :
           Counterclaim Plaintiff.                   :
------------------------------------------------------------X

## ORDER GRANTING THE MOTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR ORDER (I) GRANTING INTERVENTION, AND (II) CONSOLIDATING ADVERSARY PROCEEDINGS

Upon consideration of the *Motion of the Official Committee of Equity Security Holders for Order (i) Granting Intervention, and (ii) Consolidating Adversary Proceedings* (the "Motion")[1] filed by the Official Committee of Equity Security Holders (the "Equity Committee"), the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; proper and adequate notice has been given and no other or further notice is necessary; after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT the Motion is hereby GRANTED; and it is further

ORDERED that the Official Committee of Equity Security Holders is hereby permitted to intervene as party plaintiff in Adversary Proceeding No. 10-51297 (MFW); and it is further

ORDERED that Adversary Proceeding No. 10-50731 shall be consolidated into Adversary Proceeding No. 10-51297. All further filings in these matters shall be made only in Adversary Proceeding No. 10-51297; and it is further

ORDERED that consolidation of the above-captioned adversary proceedings is for procedural purposes only and shall not affect the parties' substantive rights.

Dated: Wilmington, Delaware
August 23, 2010

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY COURT

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.