# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., et al.,[1] | ) | Case No. 08-1229 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 10-50731 (MFW) |
| | ) | |
| WASHINGTON MUTUAL, INC., | ) | |
| | ) | |
| Defendants, | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 27, 2010, the Official Committee of Equity Security Holders of Washington Mutual, Inc., by and through their undersigned counsel, served the following documents on the parties listed below via electronic mail:

- **Joyce Presnall's Response to Subpoena and Request for Production of Documents**

- **Tyson Matthews' Response to Subpoena and Request for Production of Documents**

Mark D. Collins - collins@rlf.com
Marcos A. Ramos - ramos@rlf.com
Chun I. Jang - jang@rlf.com
RICHARDS, LAYTON & FINGER, P.A.

Adam M. Schloss - adam.schloss@weil.com
Brian S. Rosen - brian.rosen@weil.com
Marcia L. Goldstein – marica.goldstein@weil.com
Michael F. Walsh – michael.walsh@weil.com
WEIL, GOTSHAL & MANGES LLP

Cori Gordon Moore – cgmoore@perkinscoie.com
PERKINS COIE LLP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: (i) Washington Mutual, Inc. (3725); and WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

{00444892;v1}

| | |
|---|---|
| Dated: September 29, 2010 | **ASHBY & GEDDES, P.A.**<br><br>/s/ William P. Bowden<br>William P. Bowden (No. 2553)<br>Gregory A. Taylor (No. 4008)<br>Stacy L. Newman (No. 5004)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: 302-654-1888<br>Facsimile: 302-654-2067<br><br>-and-<br><br>**SUSMAN GODFREY LLP**<br>Stephen D. Susman, Esq.<br>Seth Ard, Esq.<br>654 Madison Avenue, 5th Floor<br>New York, New York 10065-8404<br>Telephone: 212-336-8330<br>Facsimile: 212-336-8340<br><br><br>Parker C. Folse III, Esq.<br>Edgar G. Sargent, Esq.<br>Justin A. Nelson, Esq.<br>1201 Third Avenue<br>Suite 3800<br>Seattle, Washington 98101-3000<br>Telephone: 206-516-3880<br>Facsimile: 206-516-3883<br><br>*Co-Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al.* |