# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | ) | Case No. 08-1229 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF EQUITY | ) | |
| SECURITY HOLDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 10-50731 (MFW) |
| | ) | |
| WASHINGTON MUTUAL, INC., | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 13, 2010, the Official Committee of Equity Security Holders of Washington Mutual, Inc., by and through their undersigned counsel, served the following document on the parties listed below via electronic mail:

- **Responses and Objections to Washington Mutual Inc.'s First Set of Interrogatories Directed to the Official Committee of Equity Security Holders of Washington Mutual, Inc.**

| | |
|---|---|
| Mark D. Collins - collins@rlf.com | Adam M. Schloss - adam.schloss@weil.com |
| Marcos A. Ramos - ramos@rlf.com | Brian S. Rosen - brian.rosen@weil.com |
| Chun I. Jang - jang@rlf.com | Marcia L. Goldstein – marica.goldstein@weil.com |
| RICHARDS, LAYTON & FINGER, P.A. | Michael F. Walsh – michael.walsh@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: (i) Washington Mutual, Inc. (3725); and WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

{00449239;v1}

Dated: October 14, 2010

**ASHBY & GEDDES, P.A.**

/s/ William P. Bowden
_____
William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
Stacy L. Newman (No. 5004)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Facsimile: 302-654-2067

-and-

**SUSMAN GODFREY LLP**
Stephen D. Susman, Esq.
Seth Ard, Esq.
654 Madison Avenue, 5th Floor
New York, New York 10065-8404
Telephone: 212-336-8330
Facsimile: 212-336-8340


Parker C. Folse III, Esq.
Edgar G. Sargent, Esq.
Justin A. Nelson, Esq.
1201 Third Avenue
Suite 3800
Seattle, Washington 98101-3000
Telephone: 206-516-3880
Facsimile: 206-516-3883

*Co-Counsel to the Official Committee of Equity
Security Holders of Washington Mutual, Inc., et al.*