# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
*In re*                                                    :
                                                           :  Chapter 11
WASHINGTON MUTUAL, INC., *et al.*,[1]                      :
                                                           :  Case No. 08-12229 (MFW)
        Debtors.                                 :
                                                           :  Jointly Administered
---------------------------------------------------------- x
OFFICIAL COMMITTEE OF EQUITY                               :
SECURITY HOLDERS                                           :
                                                           :  Adversary Proceeding
        Plaintiff                                :
    -v.-                                             :  No. 10-50731 (MFW)
                                                           :
WASHINGTON MUTUAL, INC.                                    :
                                                           :
        Defendant and                            :
        Counterclaim Plaintiff,                  :
                                                           :
    -and-                                            :
                                                           :
THE OFFICIAL COMMITTEE OF                                  :
UNSECURED CREDITORS OF                                     :
WASHINGTON MUTUAL, INC. AND WMI                            :
INVESTMENT CORP.,                                          :
                                                           :
        Intervenor Defendant and                 :
        Counterclaim Plaintiff,                  :  **Related Docket Nos. 22 and 25**
---------------------------------------------------------- x

## ORDER

AND NOW, this 23 day of Nov., 2010, upon consideration of the Motion for Intervention (the "Motion") of the Official Committee of Unsecured Creditors of Washington

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

Mutual, Inc. and WMI Investment Corp., it is hereby ORDERED that the Motion is GRANTED.

*[signature]*
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

#12517527 v1